# EXHIBIT 17

Page 1

```
 1            IN THE UNITED STATES BANKRUPTCY COURT

 2                 NORTHERN DISTRICT OF GEORGIA

 3                        ATLANTA DIVISION

 4   IN RE:                        .

 5                                 .

 6   SONJA NICOLE WILLIAMS,        .  Docket No. 19-56304-sms

 7                                 .

 8       DEBTOR.                   .

 9                                 .  Atlanta, GA

10                                 .  February 3, 2025

11                                 .  1:30 PM

12   . . . . . . . . . . . . . . . .

13

14                      TRANSCRIPT OF

15         HEARING BEFORE THE HONORABLE SAGE M. SIGLER

16              UNITED STATES BANKRUPTCY JUDGE

17

18

19   Transcription Services:          Veritext

20                                    330 Old Country Road

21                                    Suite 300

22                                    Mineola, NY 11501

23

24   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

25   TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

Page 2

1  APPEARANCES:

2  For the Debtor:      SONJA NICOLE WILLIAMS

3          PRO SE

4

5  For Delta Air Lines:    THADDEUS D. WILSON

6          ALEXANDRA H. TITUS

7          KING & SPAULDING LLP

8          1180 Peachtree Street NE

9          Atlanta, GA 30309

10

11  For Michael Rafi and    GREGORY D. ELLIS

12  Rafi Law Firm, LLC:      LAMBERTH CIFELLI ELLIS & NASON

13          6000 Lake Forrest Drive, N.W.

14          Atlanta, GA 30328

15

16  For Greg Hays:        MICHAEL J. BARGAR

17          ROUNTREE LEITMAN KLEIN & GEER LLC

18          2987 Clairmont Road, Suite 350

19          Atlanta, Georgia 30329

20

21  ALSO APPEARING:       RICHARD F. WADDINGTON

22

23

24

25

Page 3

1            INDEX

2

3  1)  [229] Motion for Sanctions for Willful Violation of the

4  Automatic Stay against Delta Air Lines, Inc. and Craig

5  Alexander filed by Sonja Nicole Williams.

6

7  2)  [231] Plaintiff's Motion for Damages and Sanctions

8  against Former Counsel, Mike Rafi for Willful for Violation

9  of the Automatic Stay, Breach of Fiduciary Duty, and

10  Professional Misconduct filed by Sonja Nicole Williams.

11

12  3)  [234] Debtor's Ex Parte Motion to Enforce Automatic Stay

13  and Enjoin Improper State Court Actions filed by Sonja

14  Nicole Williams. (klt) [Pursuant to Amended and Restated

15  General Order 45-2021, this document was received for filing

16  via email] (Entered: 12/23/2024).

17

18  4)  [265] Motion To Disqualify King & Spalding From

19  Representing Delta Air Lines, Inc. In Bankruptcy Proceedings

20  filed by Sonja Nicole Williams. [Pursuant to Amended and

21  Restated General Order 45-2021, this document was received

22  for filing via email] (jlc) (Entered: 01/27/2025).

23

24

25

Page 4

1            I N D E X

2            RULINGS

3                    PAGE    LINE

4  All motions denied              34      18

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1          P R O C E E D I N G S

2      CLERK:  All right, good afternoon.  My name is

3  Nicholas Mahon, Judge Sigler's Courtroom Deputy Clerk, and I

4  will now call Judge Sigler's 1:30 p.m. calendar.  In the

5  case of Sonja Nicole Williams, we have the Debtor's motion

6  for sanctions for violation of the automatic stay against

7  Delta Air Lines, Incorporated, and Craig Alexander.  The

8  Debtor's motion for damages and sanctions against former

9  Counsel Mike Rafi for willful violation of the automatic

10  stay, breach of fiduciary duty, and professional misconduct.

11  The Debtor's ex parte motion to enforce automatic stay and

12  enjoin improper state court actions, and the Debtor's motion

13  to disqualify King and Spalding from representing Delta Air

14  Lines, Incorporated in bankruptcy proceedings.

15      I will now take appearances of parties for the

16  record, starting with Ms. Williams, the Debtor.

17      MS. WILLIAMS:  Sonja Williams-Ross.

18      CLERK:  All right.

19      MS. WILLIAMS:  Here.

20      MR. WILSON:  Good afternoon, Thad Wilson and

21  Alexandra Titus, on behalf of Delta Air Lines.

22      CLERK:  Alexandra Titus, T I T U S?

23      MS. TITUS:  Yes.

24      CLERK:  Okay.  All right.

25      MR. ELLIS:  Good afternoon.  Gregory Ellis, here

2 (Pages 2 - 5)

Page 6

1  on behalf of Michael Rafi and the Rafi Law Firm.  Also in
2  the courtroom is Richard Waddington, W A D D I N G T O N,
3  who is the State Court Counsel for Mr. Rafi.
4       CLERK:  W A D D I N G T O N?
5       MR. ELLIS:  Yes, sir.
6       CLERK:  Okay.  All right.  Is there anyone on Zoom
7  who wishes to make an appearance?
8       MR. BARGAR:  Good afternoon, Mike Bargar here on
9  behalf of Greg Hays, the Chapter 7 Trustee, in observance
10 only.
11      CLERK:  Anyone else?  All right.  Well, please
12 hold.  Judge Sigler will take the bench shortly.  For those
13 parties that are appearing by Zoom, please make sure to mute
14 your phone.  Thank you.  Please hold.
15      All rise in the Courtroom.  The court is now in
16 session with Judge Sage M. Sigler presiding.
17      THE COURT:  Good afternoon.  Please be seated.
18      CLERK:  We're on the case of Sonja Nicole
19 Williams, Case Number 19-56304.  We have the Debtor's motion
20 for sanctions for violation of the automatic stay against
21 Delta Air Lines, Incorporated and Craig Alexander, Docket
22 Number 229.
23      The Debtor's motion for damages and sanctions
24 against former Counsel Mike Rafi for willful violation of
25 the automatic stay, breach of fiduciary duty, and

Page 7

1  professional misconduct, Docket Number 231.  The Debtor's ex
2  parte motion to enforce automatic stay and enjoin improper
3  state court actions, Docket Number 234, and Debtor's motion
4  to disqualify King and Spalding from representing Delta Air
5  Lines, Incorporated in bankruptcy proceedings, Docket Number
6  265.
7       THE COURT:  All right.  Good afternoon.  We are
8  here today on the Debtor's motions, and we have the
9  Respondents here as well.  The Court has reviewed all of the
10 pleadings filed by the parties.  But I'm going to start with
11 some questions for the Chapter 7 Trustee.
12      So, Mr. Bargar, are you with us?
13      THE COURT:  Yes, Your Honor.  Sorry.  I was
14 clicking the wrong button.  Yes, I'm here.
15      THE COURT:  All right.  Thank you.
16      So, there are a number of instances in the
17 pleadings where Ms. Williams represents that the -- either
18 the existence of QrewLive or the Debtor's claims relative to
19 QrewLive were disclosed in connection with the bankruptcy
20 case prior to its original closing.  If that is the case,
21 then those assets were fully administered and were abandoned
22 back to the Debtor.  So -- but I can't tell.  I mean, I went
23 through the schedules and amendments to the schedules, and I
24 could not find a location where something called QrewLive
25 was disclosed.

Page 8

1       But I am aware that there was litigation that was
2  going on between -- you know, there were claims of the
3  estate that the Chapter 7 Trustee was litigating and
4  ultimately settled that related to some of Ms. Williams'
5  business interests, but I don't know enough about that
6  underlying litigation to know whether QrewLive was part of
7  that or whether -- was it Mr. Lang, I believe, was the
8  original Chapter 7 Trustee?  Yes.  You know, so, I don't
9  know enough about the underlying litigation to know whether
10 Mr. Lang was aware of the QrewLive claims, such that they
11 were effectively abandoned back to the Debtor at the time
12 that the case was originally closed.  So, can you shed any
13 light on that for me, Mr. Barger?
14      MR. BARGAR:  I -- Your Honor, I wish that I could.
15 I don't know that I can.  What I can tell Your Honor is that
16 Greg Hays has conducted and held the 341 meeting in this
17 matter and filed an NDR and is ready for the case to be
18 closed and (indiscernible), except that they were not
19 abandoned originally to be abandoned back to the Debtor.
20      THE COURT:  Okay.
21      MR. BARGAR:  So (indiscernible).
22      THE COURT:  All right.  All right.  So, where that
23 leaves us, I mean, if the QrewLive claims had been disclosed
24 in connection with the original proceeding, either through
25 scheduling them in the schedule somewhere that I missed, or

Page 9

1  through, you know, conversations with Mr. Lang, and they
2  were somehow related to the litigation that was settled, the
3  results of that would be that those QrewLive claims were
4  abandoned to Ms. Williams in 2020, and so none of the post-
5  petition actions -- so the litigation that was filed
6  relative to QrewLive was filed sometime in 2021.  So, that
7  was post-petition, post-discharge, and if the QrewLive
8  claims had been abandoned as Ms. Williams says that they --
9  or excuse me -- had been disclosed as Ms. Williams says that
10 they were, then those claims were abandoned back to Ms.
11 Williams, and so none of the post-petition 2021 and forward
12 actions would have any impact on the bankruptcy estate,
13 there's no stay to be violated, etcetera.  I don't know the
14 answer to that question, and I don't know that I -- you
15 know, if Counsel for the Chapter 7 Trustee doesn't know --
16 and Ms. Williams' position is that she did disclose the
17 QrewLive claims in the original bankruptcy case, but I'm not
18 sure I have a way to figure that out a hundred percent.
19      So, even if the QrewLive claims were not abandoned
20 in 2020, they remained undisclosed property of the estate,
21 and the Chapter 7 Trustee has now decided -- we've just
22 heard his Counsel say on the record that the Chapter 7
23 Trustee is abandoning those claims, and so Ms. Williams is
24 free to litigate those issues in state court.  That would be
25 the same with respect to any claim -- so, that has to do

Veritext Legal Solutions
212-267-6868                    www.veritext.com                    516-608-2400

1 with Alexander's claims relative to QrewLive, and Ms.

2 Williams has intervened in the Alexander litigation,

3 essentially, on behalf of the estate because to the extent

4 Ms. Williams has a claim, that claim would belong to the

5 estate but for the Trustee's abandonment of that claim.

6      Similarly, to the extent that there is any claim

7 that Delta has infringed on Ms. Williams' IP, that would

8 also be a claim of the estate that the Chapter 7 Trustee is

9 abandoning. There was no stay in place following Ms.

10 Williams' discharge in 2020, and so any claim that Alexander

11 or Rafi were attempting to improperly control property of

12 the estate or that Delta was infringing on the Debtor's IP,

13 those claims would be property of the estate, the Debtor

14 would not have standing to bring those claims, and the

15 Chapter 7 Trustee has chosen not to pursue those claims.

16      There are -- so, for all of those reasons, I mean,

17 the motions that are before the Court are Debtor's motion

18 for sanctions for violations of the automatic stay. Well,

19 as I've explained, there was no automatic stay. The

20 automatic stay concluded at the time that Ms. Williams

21 received her discharge, which was on November the 4th, 2020,

22 and at that time, a discharge injunction went into place.

23      So whatever claims against Ms. Williams were

24 discharged, any party attempting to collect on those

25 discharge claims would be subject to the discharge

1 injunction. But that's not what we're dealing with. We're

2 not dealing with people trying to collect against Ms.

3 Williams for pre-petition claims. The bankruptcy case was

4 closed. So, there just -- there was no automatic stay

5 relative to Ms. Williams or any of these other things at the

6 time that the litigation was commenced in 2021. And, you

7 know, with respect to -- I mean, I'm not sure -- even when

8 the bankruptcy case was reopened, there's no stay that

9 necessarily was reimposed, because the discharge had already

10 been entered, so we're still traveling under the discharge

11 injunction, not the stay.

12      Now, I mean, certainly, to the extent that the

13 claims were property of the estate, a party cannot

14 improperly attempt to exercise control over property of the

15 estate, but again, here, either all of the claims were

16 already abandoned back to the Debtor in 2020, or the Chapter

17 7 Trustee has now decided to abandon them. So, with respect

18 to the Debtor's motion for sanctions for violation of the

19 automatic stay against Delta and Craig Alexander, as I've

20 just walked through, there's simply -- there's no valid

21 basis for Debtor's stay violation claims against Delta,

22 Rafi, or Alexander, and so all of those motions will be

23 denied. The bankruptcy estate has no interest in the claims

24 being litigated amongst the parties, and so there's no basis

25 to enjoin the ongoing state court litigation. And so, that

1 motion will be denied.

2      The -- I do want to also just address quickly,

3 because I want to make sure that the scope of my ruling is

4 clear -- Delta claims -- and the Debtor has attested -- that

5 her company -- I may not pronounce it correctly, but

6 Skyveer, Inc, owns QrewLive. And so, it's Delta's

7 contention that the Debtor does not have standing to bring

8 claims relative to QrewLive in her individual capacity.

9 This Court is not making any determination regarding whether

10 the Debtor or Skyveer is the appropriate claimant in state

11 court. Any comment that I've made relative to standing

12 today is really with respect only to the bankruptcy estate,

13 the Debtor, and the Chapter 7 Trustee. So, I just want to

14 clarify that.

15      So, that resolves Debtor's motion for sanctions

16 for violation of the stay against Delta and Craig Alexander.

17 That's Docket Number 236. Debtor's ex parte motion to

18 enforce the automatic stay and enjoin improper state court

19 actions, 234. So both of those are denied.

20      MR. ELLIS: Your Honor, I think the original

21 motion was 229.

22      THE COURT: Oh, I apologize. 229. You're --

23 thank you.

24      MS. WILLIAMS: And, Your Honor, may I make a

25 comment?

1      THE COURT: And 234. Yes, Ms. Williams.

2      MS. WILLIAMS: The first thing I wanted to address

3 is the lawsuit that you referenced, the very first one. You

4 indicated that there were litigation claims associated with

5 the lawsuit.

6      THE COURT: In the -- when the bankruptcy case was

7 originally opened?

8      MS. WILLIAMS: Previously, before it was closed.

9      THE COURT: Okay. Yes.

10      MS. WILLIAMS: For the first time. The lawsuit

11 had nothing to do with QrewLive. That was a totally

12 different --

13      THE COURT: Okay.

14      MS. WILLIAMS: -- issue. From my understanding, I

15 listed Skyveer. At the time I listed Skyveer, it was not in

16 operation and it was not registered by the Secretary of the

17 State. So, it was two years later. And so, at the time, I

18 had -- for the purposes of raising funds provided Skyveer

19 interest into QrewLive. And so, I assumed at the time when

20 I filed bankruptcy, obviously, two years later, after the

21 company had disbanded, that any software or anything that I

22 had provided that interest in was probably intangible, a

23 part of that.

24      So, then, I found out that it was not and that I

25 needed to actually list that intellectual property within

Page 14

1 the bankruptcy in itself because of the nature of actually
2 what it was, trade secrets and intellectual property as my
3 personal ownership. So, I then amended my schedules to
4 include those things. So, if it was -- so, do you still
5 consider that unadministered assets?
6         THE COURT: Well, what I'm saying --
7         MS. WILLIAMS: Or administered.
8         THE COURT: -- what I'm saying -- everything
9 you're describing, anything that you've disclosed prior to
10 the closing of the bankruptcy case was a disclosed asset, it
11 was fully administered, and anything that remained was
12 abandoned back to you. So, whatever litigation or anything
13 else that's gone on since the closing of the case would not
14 be -- it would not be property of the bankruptcy estate, it
15 would not be subject to any stay, and as long as it was not
16 a pre-petition debt owed by you, it would not be subject to
17 the discharge injunction. So, nothing that I've seen -- I
18 mean, I've read everything, and I could not find anything
19 that appeared to be a violation of any automatic stay or
20 discharge injunction based on the timing because there was
21 no stay in place anymore.
22         And, I mean, while you -- you -- all of your
23 motions were in the form of violations of an automatic stay
24 under Section 362, but I still read them looking for is
25 there somewhere that someone was trying to collect a pre-

Page 15

1 petition debt from Ms. Williams such that it would have been
2 a discharge injunction violation, and I did not see any
3 allegations of that.
4         MS. WILLIAMS: Well, from my understanding, Delta
5 -- well, and I guess I could do that in another form, but
6 from my understanding, while QrewLive was in the asset --
7 the property of the bankruptcy, they misappropriated. So,
8 even if I had standing or even if -- back then, from my
9 understanding they did this in 2018 and 2017, right? It
10 wasn't to their argument that I should have brought these
11 claims back then. At that time, I didn't have any standing
12 to bring any claims. I had no standing whatsoever. I
13 didn't have standing until this entire thing actually was
14 discharged. And so, my understanding of that was since I
15 actually didn't list QrewLive in my schedules, that that's
16 why we went through this process.
17         THE COURT: Well, that's -- I mean, so yes, this
18 was -- the United States Trustee, one way or another, got
19 wind of all of this litigation going on and wanted the
20 Chapter 7 Trustee to have an opportunity to look at this and
21 decide whether your claims against Alexander, Delta, Rafi,
22 etcetera, had some value that would prompt the Chapter 7
23 Trustee to want to pursue those on behalf of the bankruptcy
24 estate. That process has now -- a case got reopened, Mr.
25 Hays was appointed as the Chapter 7 Trustee, he has

Page 16

1 undergone that process of reviewing the claims, and his
2 Counsel, Mr. Barger, is on the line and has represented to
3 the Court today, which is consistent with the report of no
4 distribution that Mr. Hays filed on the docket on Friday
5 that it's his determination that the claims don't have any
6 value, and so he is abandoning those claims. So, they are
7 now abandoned back to you, and you can continue to do
8 whatever you want to do with those claims in state court.
9 But they're not going to remain property of the estate, the
10 Chapter 7 Trustee is not pursuing them, and because the
11 Chapter 7 Trustee is not pursuing them and is not taking the
12 position that their property of the estate, there's really
13 nothing for this Court to do. There's no reason for this
14 Court to enjoin any of the state court actions or do
15 anything else that would affect the state court actions in
16 any way.
17         MS. WILLIAMS: I think part of it also was -- and
18 please forgive me -- was that it wasn't just the claims, it
19 was also the asset in itself, right? And so, the claims are
20 one thing relative to the harm that has been done to me or
21 whatever the case may be, that's one thing. But the asset
22 in itself --
23         THE COURT: Meaning QrewLive?
24         MS. WILLIAMS: That is correct.
25         THE COURT: So, it's my understanding, Mr. Barger,

Page 17

1 is it correct that Mr. Hays is not asserting an interest in
2 QrewLive on behalf of the estate? Or to the extent that he
3 is, he's abandoning that asset?
4         MR. BARGAR: That's -- that's right. But to be
5 clear, the Trustee has reviewed the claims, reviewed the
6 causes of action, and determined in his business judgment
7 that it is best to file a report of no distribution, which
8 once these other matters are resolved, will cause the cases
9 to be closed. And upon the closure, the assets, whatever
10 they may be --
11         THE COURT: Right.
12         MR. BARGAR: Will be abandoned back to the Debtor
13 under Section 554(c) of the Bankruptcy Code.
14         THE COURT: Right. So, I think the summary of
15 that is that the bankruptcy estate is not pursuing any
16 interest in QrewLive. And so, upon --
17         MS. WILLIAMS: So, did the --
18         THE COURT: -- the -- so, once I enter an order on
19 all these motions -- and we still have a few more to talk
20 through -- the case will be closed again.
21         MS. WILLIAMS: Okay.
22         THE COURT: And at that point, QrewLive --
23 whatever interest you assert in QrewLive is abandoned back
24 to you.
25         MS. WILLIAMS: Okay. So then -- and I'm not sure

5 (Pages 14 - 17)

Page 18

1  if you knew this or not -- so, obviously, they threw me out
2  of my state case, claiming that they owned CrewLive. And
3  like the other argument is I didn't have any standing
4  because it was a part of the bankruptcy estate. So, now
5  that it has been abandoned by -- officially abandoned by the
6  bankruptcy estate, I could pursue my claims.
7      So, as it relates to the state -- as it relates to
8  the state court and them issuing the order after the Court
9  issued the order on December the 12th that QrewLive was an
10  asset of the estate -- I'm not talking about the claims, I'm
11  talking about the asset.
12      THE COURT: I understand.
13      MS. WILLIAMS: Right? And this order, where they
14  continue to litigate after it was -- this Court said that it
15  was a part of the estate, do I have standing, or did that
16  standing just revert in 2020 as opposed to when you placed
17  your order, whenever that might be? Does that make sense?
18      THE COURT: So -- so, I heard a couple different
19  things. I mean, number one, I'm not -- I read in your
20  pleadings in a number of places where you asserted that the
21  bankruptcy court had, you know, deemed certain things
22  property of the estate. I don't see anywhere on the docket
23  where the court undertook any analysis or made a decision
24  that QrewLive was or was not property of the estate or that
25  the claims that you may have against Alexander, Delta, Rafi,

Page 19

1  etcetera, are or are not property of the estate.
2      There are scenarios where litigation does occur,
3  where somebody's saying something is property of the estate,
4  somebody is saying there isn't, and there's litigation, and
5  the court has to make that decision. Most of the time, the
6  bankruptcy court doesn't ever actually make a decision on
7  that. And here, I don't believe that the Court has ever
8  actually made a decision on that. Instead, what happens is
9  whatever you scheduled, the Chapter 7 Trustee has said, I've
10  looked at everything that's been scheduled -- and then here,
11  we have, in addition to the schedules, we have all of the
12  motions that you've filed that have disclosed all of your
13  various claims against Delta, Alexander, Rafi, etcetera.
14  The Chapter 7 Trustee has reviewed all of that and has said
15  I am not pursuing any of that. He has filed a report of no
16  distribution. And so, when the case is closed, it will all
17  be abandoned back to you. So, either it was property of the
18  estate, and it's being abandoned back to you, or it wasn't
19  property of the estate, and so this Court has no interest in
20  it anyway. The end result is the same.
21      MS. WILLIAMS: Right. May I ask Mr. Bargar a
22  question, please? Just --
23      THE COURT: No.
24      MS. WILLIAMS: No?
25      THE COURT: You can ask the Court a question.

Page 20

1      MS. WILLIAMS: I'm sorry, the Court. So, when the
2  order that was put in on December the 12th --
3      THE COURT: Mm hm.
4      MS. WILLIAMS: -- and it said that QrewLive and
5  the claims associated with QrewLive are property of the
6  estate. Is that -- does that mean something different from
7  what we are talking --
8      THE COURT: All right. This is the order --
9      MS. WILLIAMS: -- about today?
10      THE COURT: -- granting the motion to reopen?
11      MS. WILLIAMS: That is correct.
12      THE COURT: Okay. You also have to be fair. I
13  mean, you're on your second Chapter 7 Trustee, maybe your
14  third judge. So --
15      MS. WILLIAMS: Well, only because they all recused
16  themselves.
17      THE COURT: I know. No, I'm aware. Well, I
18  believe that the -- one judge retired, one judge had a Delta
19  connection. But anyhow, the point is, I wasn't the judge
20  who entered this order, so let me just read it really
21  quickly. I've read it before but let me read it again to
22  try to answer your question.
23      Okay. It says, "The claims and the Debtor's
24  interests in the software are property of Debtor's
25  bankruptcy estate." And that is true that whatever claims

Page 21

1  you have were property of the bankruptcy estate, and
2  whatever interest in the software you have are property of
3  the bankruptcy estate. That doesn't mean that -- that's not
4  a determination that the claim is valid. It's not a
5  determination that the interest exists. It's just that to
6  the extent there is a claim, it's property of the estate, to
7  the extent that there is an interest in the software, it's
8  property of the estate. Except now we have -- the Chapter 7
9  Trustee has made his determination not to pursue those
10  things, and so they are going to be abandoned back to you
11  upon the closing of the case.
12      MS. WILLIAMS: Okay. Can you confirm that those -
13  - the asset was exempt, as opposed to it just -- them not
14  wanting to pursue the claims? But I'm always concerned
15  about the asset in itself.
16      THE COURT: I'm not sure. I'm not following.
17      MS. WILLIAMS: So, when you file bankruptcy, you
18  can exempt certain property.
19      THE COURT: Mm hm.
20      MS. WILLIAMS: And I exempted QrewLive under
21  whatever the statute is that it allows you to exempt various
22  things.
23      THE COURT: Mm hm.
24      MS. WILLIAMS: I exempted all of my intellectual
25  property and the trade secrets associated with it. And so,

6 (Pages 18 - 21)

Page 22

1 from my understanding, the Chapter 7 trustee agreed with the
2 exemption, and then there was also no distribution of the
3 estate. So, I wanted to know, because of the exemption,
4 that they abandoned it back to me today. But what I'm just
5 -- what I'm not clear on is on one hand you're saying that
6 QrewLive was abandoned back to me on 2020, which is great if
7 that's it. But on the other hand, we're also saying that
8 when you put the order in, at that time, it will be
9 abandoned back to me now.
10      THE COURT: I'm saying, I don't know. I can't --
11 I don't have enough information to determine whether
12 QrewLive was abandoned back to you in 2020. If it was not,
13 it's going to be abandoned back to you when this case gets
14 closed again.
15      MS. WILLIAMS: And if it was never disclosed like
16 I thought it was --
17      THE COURT: Mm hm.
18      MS. WILLIAMS: -- and apparently it was not, there
19 would have been no automatic stay because of the discharge
20 of --
21      THE COURT: Well, there was no automatic --
22      MS. WILLIAMS: -- 2020?
23      THE COURT: -- stay. So, just by operation of the
24 Bankruptcy Code, once the discharge issues, there's no
25 automatic stay anymore. So, on November -- I think it was

Page 23

1 November 4th, 2020, when you received your Chapter 7
2 discharge --
3      MS. WILLIAMS: That is correct.
4      THE COURT: -- there just was no automatic stay
5 anymore.
6      MS. WILLIAMS: Okay. I just had case law that
7 says that if an asset is not -- and I want to agree. I
8 guess I'm just saying --
9      THE COURT: So, there's a whole 'nother body of
10 case law that deals with the effect of undisclosed property
11 --
12      MS. WILLIAMS: Right.
13      THE COURT: When you have a discharge that issues.
14 I'm not here -- I mean, I'm the bankruptcy judge.
15      MS. WILLIAMS: Right.
16      THE COURT: I'm -- I can't give anyone legal
17 advice. I'm definitely not your lawyer.
18      MS. WILLIAMS: That is correct.
19      THE COURT: So, they may have arguments that they
20 make in the state court litigation regarding res judicata
21 and other things that -- other consequences that could
22 potentially flow from a failure to disclose an asset in the
23 bankruptcy case. I don't preside over any of that.
24      The -- all -- this Court was here to preside over
25 the administration of your Chapter 7 case, and the Chapter 7

Page 24

1 Trustee has determined that he has now fully administered
2 the case; there's nothing left that he wants to continue to
3 administer. The case is going to be closed. And so, it
4 sort of is what it is.
5      MS. WILLIAMS: Absolutely.
6      THE COURT: And whatever the consequences -- you
7 know, either QrewLive was disclosed somewhere in there, but
8 I didn't see it. That doesn't mean it's not there. But it
9 was either disclosed somewhere in there, or it wasn't, and
10 you know, whatever the caselaw says about the consequences
11 of that still exists, but that's not for this Court to
12 decide.
13      MS. WILLIAMS: Okay. So, what I can expect is for
14 QrewLife to be abandoned by you upon your order?
15      THE COURT: So, the procedure will be that the
16 Court has to enter an order --
17      MS. WILLIAMS: Okay.
18      THE COURT: So, I have -- so, Docket Number 229 is
19 the motion for sanctions against Delta and Craig Alexander.
20      MS. WILLIAMS: Okay.
21      THE COURT: Docket Number 231 is the motion for
22 damages and sanctions against Mike Rafi. We'll talk about
23 that in a moment. Docket 234 is your motion to enforce the
24 automatic stay and enjoin in proper state court actions.
25 Docket 265 is your motion to disqualify King and Spalding,

Page 25

1 which we still need to talk about that. And then, on
2 tomorrow's calendar, we have -- let me find my -- so,
3 tomorrow's motion -- or tomorrow's calendar we have --
4      MS. WILLIAMS: Alexander and his attorney for
5 disqualification.
6      THE COURT: Right. Some of the motions are listed
7 on both calendars because they involve multiple parties.
8 So, we have Docket 229 again, Docket 231 again, Docket 234
9 again, and then your motion for default judgment against
10 Craig Alexander, Docket 248, your request for clerk's entry
11 of default against Craig Alexander, Docket 251, and the
12 motion to disqualify Willie Ellis, Docket 266.
13      So, I have to enter orders on all of those
14 motions. And then, once that is done -- so, Mr. Barger -- I
15 mean, Mr. Hays has entered his report of no distribution.
16 Is there any other -- I mean, the final report has already
17 been entered, but is there any other administrative report
18 that he needs to complete?
19      MR. BARGAR: Not -- Your Honor, no. What will
20 happen next is that once you enter the orders on all of the
21 matters you recited, then the clerk of court will enter an
22 order discharging the Chapter 7 Trustee from his
23 responsibilities in closing the bankruptcy estate.
24      THE COURT: All right. Thank you. So, once I
25 enter all those orders, our -- the bankruptcy court clerk's

7 (Pages 22 - 25)

Page 26

1 office will close the case. And it's the operation of
2 closing the case that will abandon those assets back to you.
3 There's not an order that says, these assets are abandoned
4 back to you.
5     MS. WILLIAMS: So, as of today, right now, I do
6 own QrewLive, or I don't?
7     THE COURT: I have no idea.
8     MS. WILLIAMS: Okay.
9     THE COURT: And nor am I ever going to make that
10 decision.
11     MS. WILLIAMS: Okay.
12     THE COURT: This is not the court to make that
13 decision. The point is that the Chapter 7 Trustee is not
14 pursuing any interest in QrewLive. So, I -- so, whether you
15 own it or not, the Chapter 7 Trustee says, I don't want it,
16 and whatever interest you have in it, you have that
17 interest.
18     MS. WILLIAMS: All right. So, from -- and one
19 last question, Your Honor. Thank you so much for asking --
20 answering my questions -- just to piggyback back on your
21 2020 statement that had QrewLive gone -- as I put in my
22 motion, QrewLive was a part of the estate as a part of
23 Skyveer --
24     THE COURT: Mm hm.
25     MS. WILLIAMS: -- it would have been abandoned to

Page 27

1 me at that point once that discharge was provided, correct?
2 Even though I didn't actually mention --
3     THE COURT: Your --
4     MS. WILLIAMS: -- QrewLive?
5     THE COURT: If you -- anything that you disclosed
6 in the bankruptcy case that was not administered by the
7 Trustee was abandoned back to you. So, you disclosed the --
8     MS. WILLIAMS: Skyveer.
9     THE COURT: -- the claims that ultimately got
10 settled in litigation, and the Chapter 7 Trustee got those
11 settlement proceeds and administered those.
12     MS. WILLIAMS: But that was a totally different --
13     THE COURT: Right.
14     MS. WILLIAMS: Okay.
15     THE COURT: But I'm just saying, whatever else --
16     MS. WILLIAMS: Right.
17     THE COURT: -- you disclosed was abandoned back to
18 you.
19     MS. WILLIAMS: So I did not disclose, apparently,
20 QrewLive in the way that it was supposed to be properly
21 disclosed. So, I'm just assuming that you all, once the
22 order is put in, I'm free to litigate my interest,
23 obviously.
24     THE COURT: I mean, they can still make whatever
25 arguments they want to make --

Page 28

1     MS. WILLIAMS: Absolutely.
2     THE COURT: -- in the State Court about the
3 consequences of failing to disclose QrewLive as an asset. I
4 don't preside over that.
5     MS. WILLIAMS: I understand that, but I'm just --
6 for the record, I'm just going to say that both orders
7 confuse me. If you say I don't have -- you've got to
8 abandon something that is already mine, I just -- I'm just
9 confused about that part. So, within the confinement of
10 this bankruptcy court, if you're indicating that QrewLive
11 needs to be abandoned, then it is not my ownership, it is
12 that of the bankruptcy estate. And to --
13     THE COURT: The bankruptcy estate is going to
14 abandon whatever interest it may have had in QrewLive. So,
15 it may have had an interest in QrewLive, it may not have had
16 an interest in QrewLive. It's abandoning whatever interest
17 may exist. But I'm not making a determination about what
18 interest did or didn't exist because the bankruptcy estate
19 has no interest in it, so there's no reason for me to make
20 that determination.
21     MS. WILLIAMS: No, and I totally understand. I'm
22 just trying to, once it's discharged and the software came
23 back to me, no one else can make any claims against it
24 because it was abandoned back to me. And if you're
25 abandoning it again --

Page 29

1     THE COURT: Whatever --
2     MS. WILLIAMS: -- back to me --
3     THE COURT: -- whatever interest --
4     MS. WILLIAMS: -- that would be same thing.
5     THE COURT: -- the bankruptcy estate had in it was
6 abandoned back to you. It's not a determination that it was
7 yours. It's just an abandonment of any interest that you
8 asserted in it.
9     MS. WILLIAMS: Okay. I appreciate your time.
10     THE COURT: Yeah. And I understand. I mean,
11 these are complicated legal topics for even lawyers who do
12 it for a really long time. It's -- especially when we're
13 speaking in sort of uncertainties where I'm not making a
14 determination about whether you did or didn't own it. The
15 estate is just abandoning --
16     MS. WILLIAMS: Yeah, I just assumed that if --
17     THE COURT: -- whatever you may have had.
18     MS. WILLIAMS: -- no one made any claims that were
19 all notified, that this asset -- even if -- let's just say
20 it's a house, and you never come and you file a claim
21 against it, and then, ultimately, we go through the process
22 in bankruptcy court and no one makes claim to the house,
23 then -- and the bankruptcy court actually abandons it, then
24 it is the Debtor. And I'm just simply trying to get that
25 simple thing done, because that's what this is.

Page 30

1    THE COURT:  Well, if it wasn't disclosed, then the
2  case would get reopened, and the Chapter 7 Trustee would
3  assert an interest in that house and would probably try to
4  take the house.  But here, the Trustee is saying, I don't
5  want the house.
6    MS. WILLIAMS:  And at the point that you give me
7  whatever interest that I have in the house, that, to me,
8  that is the date that I have the interest in the house.  I'm
9  just trying -- I'm just trying to understand because the
10  court order on December the 13th, it noted that no one
11  objected to what was argued there that day.  No one
12  objected.  Just no one said that someone else owns it.  And
13  so, the court order then comes out and says, okay, since
14  there is no objection, then QrewLive is the property of the
15  estate, so then it opened it back up.  If there was --
16    THE COURT:  Well --
17    MS. WILLIAMS:  -- any opportunity for anyone to
18  own it at that point, they had all the opportunity in the
19  world to come and claim any ownership because we published
20  it any which way possible.
21    THE COURT:  What it said -- all right, and we're
22  going to wrap up --
23    MS. WILLIAMS:  Wrap up.  Mm hm.
24    THE COURT:  -- this portion of the conversation
25  soon because I -- I mean, I want to answer your procedural

Page 31

1  questions and I want to make sure that you understand my
2  ruling, but I cannot, sort of, cross the line into giving
3  you legal advice about how the law works as we carry these
4  things, you know, through different hypothetical situations.
5  What I can say is, you know, the order reopening the case
6  characterized as property of the estate, your interest --
7  your claims and your interest in the software.  Not the
8  software, your interest in the software.  So, whatever your
9  interest in the software was, was property of the estate,
10  and that has been abandoned.  That does not make any
11  determination as to who owns the software.  So -- so, I
12  think that's all I can --
13    MS. WILLIAMS:  Okay.  Thank you so much.
14    THE COURT:  -- say about that.  So, Docket Number
15  229, the motion for sanctions against Delta Airlines and
16  Craig Alexander is denied for the reasons that I've
17  explained.  Docket 234, Debtor's ex parte motion to enforce
18  the automatic stay and enjoin state court actions is denied
19  for the reasons that I've explained.
20    Docket Number 231, this is your motion for damages
21  and sanctions against Mike Rafi.  And this -- even though
22  these are different types of claims, it really follows the
23  same sort of analysis that there was no automatic stay to be
24  violated.  And you know, I don't know whether you may have
25  claims against Mr. Rafi or not, but they're -- the

Page 32

1  bankruptcy estate has no interest in those claims.
2    MS. WILLIAMS:  Understood.
3    THE COURT:  And so, for those reasons, Docket
4  Number 231 will be denied as well.  And then, finally, we
5  have Debtor's motion to disqualify King and Spalding, which
6  is Docket Number 265.  And really, I mean, I'll go ahead and
7  say the analysis that I'm about to walk through also applies
8  to Ms. Williams' motion to disqualify Counsel for Mr.
9  Alexander, which is on the hearing for tomorrow.  So we're
10  not technically having that hearing right now, but the
11  result is probably going to be that I'm going to enter
12  orders this afternoon that are going to resolve the motions
13  for tomorrow's hearing --
14    MS. WILLIAMS:  Understood.
15    THE COURT:  -- and that hearing's going to get
16  cancelled.  So, with respect to the motions to disqualify
17  Counsel for Delta and Alexander, the motions focus on
18  Section 327(a) of the Bankruptcy Code, which governs state-
19  retained professionals.  In other words, professionals that
20  are retained by the Chapter 7 trustee.  So, Mr. Barger is
21  Counsel for Greg Hays, the Chapter 7 Trustee, as an estate
22  retained professional.  Neither Delta's Counsel nor
23  Alexander's Counsel is state-retained professionals; they
24  don't work for the bankruptcy estate, Delta, and Craig
25  Alexander.  As a result, they're not subject to Section 327

Page 33

1  of the bankruptcy code.  They would only be subject to
2  Section 327 of the bankruptcy code if Mr. Hays was trying to
3  hire them, which he is not.
4    Further, the motions don't set forth any actual
5  conflict of interest prescribed by the Georgia Rules of
6  Professional Conduct or any other applicable standard of
7  which this Court is aware, relative to the bankruptcy case
8  and the litigation that is going on in the bankruptcy case.
9  This Court does not have jurisdiction to determine the
10  appropriateness of counsel in connection with the state
11  court litigation.  And so, Delta and Alexander's Counsels'
12  participation in these proceedings is really unnecessary for
13  the Court to make its determination on these issues.
14    So, I've already given my ruling on most of the
15  issues, and I have not heard a word from Delta's Counsel,
16  and I have not heard a word from Alexander's Counsel,
17  because I don't need to, to make my rulings on these issues.
18  This Court's decisions are based on its own analysis of the
19  facts and the law and not the filings of any of the
20  respondents.  And so, for all of those reasons, Debtor's
21  motions to disqualify King and Spalding are denied, and
22  Debtor's motion to -- yes, King and Spalding as Counsel for
23  Delta are denied, and Debtor's motion to disqualify Counsel
24  for Alexander will also be denied.
25    MS. WILLIAMS:  Your Honor, just one thing, just

9 (Pages 30 - 33)

Page 34

1  for the record, I just want to make sure that your analysis
2  relative to this particular motion that we're talking about,
3  is just -- it simply stems from QrewLive is not -- was
4  abandoned back to me in 2020, but then you are going to --
5       THE COURT:  I don't know whether QrewLive was
6  abandoned back to you in 2020.  It may have been.  I don't
7  know, and I don't have, and I'm not going to have enough
8  information to figure that out.  What I do know is that Greg
9  Hays, the Chapter 7 Trustee, now that the case has been
10 reopened, is not pursuing any interest in QrewLive, so once
11 I enter orders on all these motions, the case is going to
12 get closed, and any interest that you have in QrewLive will
13 be abandoned back to you.
14      MS. WILLIAMS:  On that date?
15      THE COURT:  At the time that the case is closed,
16 yes.
17      MS. WILLIAMS:  Thank you so much.
18      THE COURT:  Yes.  All right.  So, the Court is
19 going to enter orders denying the motions that are on the
20 calendar for today.  The Court is also going to go ahead and
21 enter orders denying the motions on the calendar for
22 tomorrow based on the analysis that I've set forth today,
23 and we'll get that entered in time so the folks
24 (indiscernible) hearing tomorrow is cancelled.  Any further
25 questions?

Page 35

1       MS. WILLIAMS:  No.  I just want it to be clear
2  that whatever interest I have would be clear in your order
3  that when it is abandoned, that's all.
4       THE COURT:  There's no -- there's no order --
5       MS. WILLIAMS:  Because the only thing that --
6       THE COURT:  I can make sure --
7       MS. WILLIAMS:  Okay.
8       THE COURT:  -- that my order includes a
9  resuscitation that Counsel for the Chapter 7 Trustee
10 represented on the -- you know, he's filed the report of no
11 distribution and represented on the record that he is not
12 pursuing any interest in QrewLive or the other claims that
13 the Debtor h as asserted against Delta, Rafi, or Alexander,
14 and that upon the closing of the case, any such claims or
15 interests would be abandoned back to the Debtor.  I can make
16 sure that my order denying your motions says that.  But at
17 the time of the closing of the case, there is no order that
18 says, these things are abandoned.
19      MS. WILLIAMS:  And again, forgive me, the only
20 reason I'm asking is because I just wanted to -- I didn't
21 understand the difference between bankruptcy court and state
22 court, and they ultimately said that I just had -- on
23 multiple different occasions, they moved various things.
24 One, I had no standing because of the statute of limitations
25 had ranned out.  The problem with that statement is if

Page 36

1  QrewLive was a part of the bankruptcy estate, and you're
2  about to abandon it back to me today, then --
3       THE COURT:  So, we're really getting into the
4  territory of --
5       MS. WILLIAMS:  Right.  Go ahead.
6       THE COURT:  -- legal analysis here because, I
7  mean, you might have some legal arguments for the path that
8  you're going down, and they might have some legal arguments
9  that would be a position for why what you're saying is not
10 correct.  And I -- I can't give you legal advice, and I'm
11 also not the court who's ultimately going to make the
12 decisions about who is right on those types of arguments.
13      MS. WILLIAMS:  Thank you.
14      THE COURT:  All right.  Any questions or comments,
15 Mr. Wilson?
16      MR. WILSON:  Your Honor, if I could just make one
17 quick request of the Court.  Obviously, Delta has incurred
18 pretty significant expenses in responding to these various
19 motions, and we don't think that we should have to do so
20 going forward.  And so, to the extent that the Debtor is
21 going to seek to file any additional motions, we think the
22 Debtor should have to come to the court and seek leave from
23 the Court in order to file any additional motions in the
24 case.
25      THE COURT:  So, the --

Page 37

1       MS. WILLIAMS:  And I disagree with that statement,
2  or object, or however you say it.
3       THE COURT:  Well, there's -- I mean --
4       MS. WILLIAMS:  Because (indiscernible) --
5       THE COURT:  Well, hold on.  Once the bankruptcy
6  case is closed, you would need to file a motion to reopen
7  the bankruptcy case and pay a fee to reopen the case in
8  order to file anything else.
9       MS. WILLIAMS:  Not a problem.
10      THE COURT:  Or, if you do file something in a
11 closed case, nobody has to respond to it or do anything with
12 it because it's filed in a closed case.  Now, if you, you
13 know, go file something later today before the orders get
14 entered and the case gets closed, you know, I guess we'll
15 have to deal with that.
16      I mean, from everything I can see, there is simply
17 nothing else -- you know, there are a lot of disputes
18 between Ms. Williams, Delta, Mr. Alexander, Mr. Rafi.  This
19 Court has nothing to do with any of them.  The bankruptcy
20 estate has no interest in any of them, and I therefore don't
21 have any jurisdiction over any of them.  So, I don't know --
22 I mean, is there some other relief that you anticipate
23 seeking from this Court?
24      MS. WILLIAMS:  No.  I just want to be clear as to
25 the date of abandonment because if we are abandoning it

10 (Pages 34 - 37)

Page 38

1  today, then it would be today's date, right?  Whatever that
2  interest that is.  I'm not asking you to determine.
3      THE COURT:  Understood.
4      MS. WILLIAMS:  Right?  But on one hand, you know,
5  you're saying it was 2020, on the other hand -- or you're
6  not -- I don't know if you're making a determination of that
7  --
8      THE COURT:  No.  I don't --
9      MS. WILLIAMS:  -- but just to be clear --
10     THE COURT:  -- have enough information to know
11 whether it was disclosed in 2020 to be able to determine
12 whether it was abandoned at that time.
13     MS. WILLIAMS:  Okay.  Is it fair to then say that
14 if clearly, I amended my schedules to actually include
15 QrewLive, and there was no claim against QrewLive
16 whatsoever, upon the abandonment of QrewLive, whatever --
17     THE COURT:  I'm sorry.  Have you amended your
18 schedules to disclose QrewLive?
19     MS. WILLIAMS:  Yes.
20     THE COURT:  Where?  Because that -- I mean, if you
21 amended your schedules to disclose QrewLive before the
22 discharge was issued, then it was abandoned back to you in
23 2020.  I just couldn't find -- I mean, I didn't spend hours
24 digging for it.  But I couldn't --
25     MS. WILLIAMS:  I'm just saying -- I'm just saying

Page 39

1  --
2      THE COURT:  -- find it.
3      MR. WILSON:  It was just disclosed in January of
4  2025.
5      MS. WILLIAMS:  -- are you saying in 2020 or are
6  you saying I amended them in January of this year --
7      THE COURT:  Okay.
8      MS. WILLIAMS:  -- to include all of QrewLive prior
9  to the meeting, obviously.
10     THE COURT:  Okay.  Got it.  So, then the
11 abandonment would be upon the closing of the bankruptcy
12 case.  That hasn't happened yet.
13     MS. WILLIAMS:  Thank you, Your Honor.  That is the
14 only clear -- that's why I was just kind of confused because
15 QrewLive is listed in my schedules, we did put out notices -
16 -
17     THE COURT:  As of 2025, yes.
18     MS. WILLIAMS:  -- it -- as of 2025, and we gave
19 everyone an opportunity to make any claim whatsoever.  So,
20 if you're abandoning it back to me, based upon the fact that
21 they are actually listed in my schedules, then it's free and
22 clear, regardless of what I want to do with it, I mean --
23     THE COURT:  This Court does not make those sorts
24 of determinations.
25     MS. WILLIAMS:  But --

Page 40

1      THE COURT:  The effect of the abandonment is
2  simply that the bankruptcy estate does not assert a claim to
3  it.  It doesn't mean that nobody else asserts a claim to it,
4  and this Court doesn't decide who owns it and whether they
5  own it free and clear.  It's simply a determination that the
6  bankruptcy estate is not pursuing an interest in QrewLive.
7      MS. WILLIAMS:  I appreciate that.  However, the
8  final question --
9      THE COURT:  And also, to be clear, you can make
10 whatever arguments you want to make to the state court.  I'm
11 just trying to explain --
12     MS. WILLIAMS:  Well, if I can't get --
13     THE COURT:  -- without providing legal advice --
14     MS. WILLIAMS:  -- get a clear answer.
15     THE COURT:  -- what the affect --
16     MS. WILLIAMS:  I'm just trying to get a clear
17 answer --
18     THE COURT:  -- of an abandonment is.
19     MS. WILLIAMS:  -- as to when I own it or when it
20 was actually abandoned.  That's really it.
21     THE COURT:  When it was abandoned will be the date
22 that this bankruptcy case is closed.  And I mean, I'm going
23 to endeavor to get these orders entered this afternoon, and
24 then I will let the clerk's office know.  And so I would
25 anticipate that unless you file something else --

Page 41

1      MS. WILLIAMS:  I won't file anything, I just --
2      THE COURT:  -- that the case would be discharged
3  tomorrow.
4      MS. WILLIAMS:  -- (indiscernible) discharged.
5  Okay.  Very good.  Thank you so much.
6      CLERK:  (Indiscernible).
7      THE COURT:  Oh.  Well, right.  I'll enter the
8  orders and then they'll have to wait to see if they're
9  appealed.  But then once -- they're final orders; if there's
10 no appeal, then the case would be closed.
11     MS. WILLIAMS:  Thank you so much.
12     THE COURT:  All right.  Anything further, Mr.
13 Wilson?
14     MR. WILSON:  Just one other housekeeping matter.
15 The Debtor keeps emailing our client as part of, you know,
16 serving and sending out the pleadings.  Just we'd ask the
17 Court to require, to the extent that there are going to be
18 any additional filings in this case, that she abide by the
19 anti-contact rule in terms of serving and communicating with
20 our client directly, and that our --
21     THE COURT:  Is she copying you?
22     MR. WILSON:  Yes.  She's copying our client, Kamal
23 Patel, who is an in-house --
24     MS. WILLIAMS:  Oh.
25     MR. WILSON:  -- counsel at Delta.

11 (Pages 38 - 41)

Page 42

1     THE COURT: All right. I mean, so, again, I mean,
2 whatever happens in state court, that's not my rodeo to
3 preside over.
4     MS. WILLIAMS: He's Counsel for Delta.
5     THE COURT: It's -- hold -- hold on. It's pretty
6 common in bankruptcy court that parties will serve the party
7 and the party's counsel.
8     MR. WILSON: Sure.
9     THE COURT: Now, certainly, from a professionalism
10 standpoint, if they're requesting that you not serve their
11 client and you just serve them, it's professional courtesy
12 to serve it however they ask you to serve it.
13     But I don't know that I -- I mean, at least my
14 understanding of the anti-contact provision is that she
15 cannot contact your client without you present or without
16 your permission. If she's just serving your client with a
17 copy of the same thing she's serving you, I'm not sure what
18 my basis is to prohibit that.
19     MR. WILSON: Okay. Yeah, Your Honor, I think it's
20 just our client is -- you know, we've appeared on behalf of
21 our client, our client wants all communications to go
22 through us.
23     THE COURT: I understand they don't want to
24 receive it.
25     MR. WILSON: Yeah. Yes.

Page 43

1     THE COURT: I just don't know -- I think I can
2 just ask that, you know, from a professional courtesy
3 standpoint, if you ask for Mr. Wilson to serve you at a
4 certain email address or to copy a certain person, I would
5 ask that he do that. And similarly, he is asking that you
6 only serve his law firm and not serve Delta directly. And
7 so, I would ask that to the extent that you file further
8 things in the bankruptcy court that you, just as a matter of
9 professional courtesy, comply with his request. I think
10 that's the best I can do.
11     MS. WILLIAMS: I think that's fair, Your Honor.
12     THE COURT: All right. Mr. Ellis, anything from
13 you?
14     MR. W. ELLIS: Good afternoon, Your Honor. No,
15 nothing for us.
16     THE COURT: Other Mr. Ellis.
17     MR. ELLIS: No.
18     THE COURT: But thank you, Mr. Ellis, on the Zoom.
19 And, Mr. Ellis in the courtroom.
20     MR. ELLIS: Yes. For the record, Gregory Ellis.
21 I'm representing Mike Rafi and the Rafi Law Firm. I just
22 really have to clarifications or comments. The first one is
23 just the effect of the order to reopen the case. Our client
24 was never served as a party with it, so there's no due
25 process. I just want to clarify that nothing on that order

Page 44

1 is binding on us as far as a determination whether it was
2 property of the estate or not, the software, and that. So,
3 I understand it's the Court's ruling to say that, but I want
4 to make clear, because there was some argument to the Debtor
5 to the contrary, that since we were never served prior to
6 (indiscernible) being heard on these issues, there's simply
7 no determination of what has happened in this court and
8 whether it was property of the estate or not.
9     THE COURT: All right. Your comments are noted
10 for the record. All right.
11     MR. ELLIS: And the second one, for whatever this
12 is worth to assist the Court, but on the Debtor's statement
13 of financial affairs, which was filed before the first case
14 was closed, this is Docket Number 173, the interest in the
15 corporations were listed, Skyveer, and then it says Tech
16 App, and -- Skyverge and Tech App. Now, what Mr. Lang did
17 with it, I don't know, but all those issues from the Court's
18 ruling, there's just no determination as to the legal effect
19 of those listings --
20     THE COURT: Right.
21     MR. ELLIS: -- the factual listings from the
22 Court's decisions. It's the same comments as before, the
23 state court can determine all that, whether it has any
24 relevance, and the exact date when it was abandoned.
25 Initially, on the first closing, where it's abandoned

Page 45

1 effectively on the second closing, the property was property
2 of the estate, but the Court's rule there's no interest in
3 this (indiscernible), it has otherwise denied the motions
4 that it's dealt with, but it's not a determination today on
5 that issue. I think the Court was very clear on that.
6     THE COURT: There's no determination as to that
7 issue relative to QrewLive. I mean, Skyveer was disclosed,
8 and so Ms. Williams' interest in Skyveer was abandoned
9 effective as of the original closing of the case in 2020.
10 Whether Ms. Williams individually has some interest in
11 QrewLive, and whether that interest was abandoned in 2020,
12 is what I don't know the answer to. But what we do know is
13 that, to the extent that Ms. Williams has an individual
14 interest in QrewLive and it was not abandoned in 2020, it
15 will be abandoned when this case is closed.
16     MR. ELLIS: Thank you, Your Honor.
17     THE COURT: All right. Thank you.
18     All right. Mr. Bargar, anything further for you?
19     MR. BARGAR: No, thank you, Your Honor.
20     THE COURT: All right. Is there anyone else who
21 wishes to be heard with respect to these proceedings?
22     MS. WILLIAMS: One final thing.
23     THE COURT: Yes.
24     MS. WILLIAMS: Just to clear your calendar. I
25 actually would like to withdraw the motion against Robins

12 (Pages 42 - 45)

Page 46

1  Law Firm.  And that should clear your calendar and close the
2  case, I believe.
3      THE COURT:  Is that what is on tomorrow?
4      MS. WILLIAMS:  That is correct.  Well, no, that is
5  February the 24th or the 28th, somewhere up in there.
6      CLERK:  Yes, that's (indiscernible).
7      THE COURT:  Oh, okay.  Because that was -- all
8  right.  What docket --
9      Let us find that, so we can get this on the record
10  and --
11      MS. WILLIAMS:  Okay.  And if you can let me know
12  if I have anything else pending, we can clear that up, too.
13      THE COURT:  All right.  We'll -- I appreciate the
14  housekeeping efforts, and we'll work on that.  All right, so
15  --
16      MS. WILLIAMS:  Absolutely.
17      CLERK:  Docket 267.
18      THE COURT:  Okay, Docket Number 267, motion to
19  compel withdrawal of Richard Robbins and Robbins Law Firm as
20  Counsel.  All right, so you wish to -- are you making an
21  oral motion to withdraw?
22      MS. WILLIAMS:  I am making an oral motion to
23  withdraw --
24      THE COURT:  Docket Number 267?
25      MS. WILLIAMS:  That is correct.

Page 47

1      THE COURT:  All right.  So, the Court will grant
2  that motion, and we will just --
3      MS. WILLIAMS:  Thank you.
4      THE COURT:  -- make a docket entry, Mr. Mahon,
5  noting that Ms. Williams has withdrawn the motion and
6  terminating the motion.
7      MS. WILLIAMS:  Would that be any -- were there
8  anything else on the docket that keeps this case open?
9      THE COURT:  Give us a moment to look through.
10      I don't see anything else, Mr. Mahon.  Do you?
11      CLERK:  I don't.
12      THE COURT:  Okay.  I don't believe so.
13      MS. WILLIAMS:  Well, Your Honor, thank you so much
14  for your time and this Court's time.
15      THE COURT:  All right.  Thank you.
16      Thank you, everyone.
17      je:  Your Honor?
18      THE COURT:  Yes.
19      MR. AUSTIN:  Your Honor, this is Jermain Austin.
20  I'm along with Mr. Ellis, we are Counsel for Mr. Alexander.
21  I just want to confirm and clarify to make sure that the
22  hearing tomorrow, that we do not have to appear, correct?
23      THE COURT:  That's correct.  I'm going to enter an
24  order denying the motion and the Debtor's requests that are
25  on the calendar for tomorrow.  And so, tomorrow's hearing is

Page 48

1  cancelled.  You do not need to appear.
2      Je:  Thank you, Your Honor.
3      THE COURT:  All right.  Thank you.  All right.
4      MS. WILLIAMS:  So, that should expedite the
5  discharge?
6      THE COURT:  The closing.
7      MS. WILLIAMS:  The closing.
8      THE COURT:  Yes.  So, the clerk's office will have
9  to wait the 14 days for the appeal period to run for the
10  orders to be final, and then they'll be able to close the
11  case.
12      MS. WILLIAMS:  Thank you very much.
13      THE COURT:  All right.  Court is adjourned.
14      (Whereupon these proceedings were concluded at
15  2:35 PM)
16
17
18
19
20
21
22
23
24
25

Page 49

1          C E R T I F I C A T I O N
2
3      I, Sonya Ledanski Hyde, certified that the foregoing
4  transcript is a true and accurate record of the proceedings.
5
6  *Sonya W. Ledanski Hyde*
7
8  Sonya Ledanski Hyde
9
10
11
12
13
14
15
16
17
18
19
20  Veritext Legal Solutions
21  330 Old Country Road
22  Suite 300
23  Mineola, NY 11501
24
25  Date:  December 26, 2025

13 (Pages 46 - 49)

[& - actually]                                                                    Page 1

**&**

**&**   2:7,12,17
  3:18

**0**

**01/27/2025**
  3:22

**1**

**1**   3:3
**11501**   1:22
  49:23
**1180**   2:8
**12/23/2024**
  3:16
**12151**   49:6
**12th**   18:9 20:2
**13th**   30:10
**14**   48:9
**173**   44:14
**18**   4:4
**19-56304**   1:6
  6:19
**1:30**   1:11 5:4

**2**

**2**   3:7
**2017**   15:9
**2018**   15:9
**2020**   9:4,20
  10:10,21 11:16
  18:16 22:6,12
  22:22 23:1
  26:21 34:4,6
  38:5,11,23
  39:5 45:9,11
  45:14
**2021**   9:6,11
  11:6

**2025**   1:10 39:4
  39:17,18 49:25
**229**   3:3 6:22
  12:21,22 24:18
  25:8 31:15
**231**   3:7 7:1
  24:21 25:8
  31:20 32:4
**234**   3:12 7:3
  12:19 13:1
  24:23 25:8
  31:17
**236**   12:17
**248**   25:10
**24th**   46:5
**251**   25:11
**26**   49:25
**265**   3:18 7:6
  24:25 32:6
**266**   25:12
**267**   46:17,18
  46:24
**28th**   46:5
**2987**   2:18
**2:35**   48:15

**3**

**3**   1:10 3:12
**300**   1:21 49:22
**30309**   2:9
**30328**   2:14
**30329**   2:19
**327**   32:18,25
  33:2
**330**   1:20 49:21
**34**   4:4
**341**   8:16

**350**   2:18
**362**   14:24

**4**

**4**   3:18
**45-2021**   3:15
  3:21
**4th**   10:21 23:1

**5**

**554**   17:13

**6**

**6000**   2:13

**7**

**7**   6:9 7:11 8:3,8
  9:15,21,22
  10:8,15 11:17
  12:13 15:20,22
  15:25 16:10,11
  19:9,14 20:13
  21:8 22:1 23:1
  23:25,25 25:22
  26:13,15 27:10
  30:2 32:20,21
  34:9 35:9

**a**

**abandon**   11:17
  26:2 28:8,14
  36:2
**abandoned**
  7:21 8:11,19
  8:19 9:4,8,10
  9:19 11:16
  14:12 16:7
  17:12,23 18:5
  18:5 19:17,18
  21:10 22:4,6,9

22:12,13 24:14
  26:3,25 27:7
  27:17 28:11,24
  29:6 31:10
  34:4,6,13 35:3
  35:15,18 38:12
  38:22 40:20,21
  44:24,25 45:8
  45:11,14,15
**abandoning**
  9:23 10:9 16:6
  17:3 28:16,25
  29:15 37:25
  39:20
**abandonment**
  10:5 29:7
  37:25 38:16
  39:11 40:1,18
**abandons**
  29:23
**abide**   41:18
**able**   38:11
  48:10
**absolutely**   24:5
  28:1 46:16
**accurate**   49:4
**action**   17:6
**actions**   3:13
  5:12 7:3 9:5,12
  12:19 16:14,15
  24:24 31:18
**actual**   33:4
**actually**   13:25
  14:1 15:13,15
  19:6,8 27:2
  29:23 38:14
  39:21 40:20

45:25
**addition** 19:11
**additional**
  36:21,23 41:18
**address** 12:2
  13:2 43:4
**adjourned**
  48:13
**administer**
  24:3
**administered**
  7:21 14:7,11
  24:1 27:6,11
**administration**
  23:25
**administrative**
  25:17
**advice** 23:17
  31:3 36:10
  40:13
**affairs** 44:13
**affect** 16:15
  40:15
**afternoon** 5:2
  5:20,25 6:8,17
  7:7 32:12
  40:23 43:14
**agree** 23:7
**agreed** 22:1
**ahead** 32:6
  34:20 36:5
**air** 2:5 3:4,19
  5:7,13,21 6:21
  7:4
**airlines** 31:15
**alexander** 3:5
  5:7 6:21 10:2

10:10 11:19,22
12:16 15:21
18:25 19:13
24:19 25:4,10
25:11 31:16
32:9,17,25
33:24 35:13
37:18 47:20
**alexander's**
  10:1 32:23
  33:11,16
**alexandra** 2:6
  5:21,22
**allegations**
  15:3
**allows** 21:21
**amended** 3:14
  3:20 14:3
  38:14,17,21
  39:6
**amendments**
  7:23
**analysis** 18:23
  31:23 32:7
  33:18 34:1,22
  36:6
**answer** 9:14
  20:22 30:25
  40:14,17 45:12
**answering**
  26:20
**anti** 41:19
  42:14
**anticipate**
  37:22 40:25
**anymore** 14:21
  22:25 23:5

**anyway** 19:20
**apologize**
  12:22
**app** 44:16,16
**apparently**
  22:18 27:19
**appeal** 41:10
  48:9
**appealed** 41:9
**appear** 47:22
  48:1
**appearance**
  6:7
**appearances**
  2:1 5:15
**appeared**
  14:19 42:20
**appearing** 2:21
  6:13
**applicable**
  33:6
**applies** 32:7
**appointed**
  15:25
**appreciate**
  29:9 40:7
  46:13
**appropriate**
  12:10
**appropriaten...**
  33:10
**argued** 30:11
**argument**
  15:10 18:3
  44:4
**arguments**
  23:19 27:25

36:7,8,12
40:10
**asking** 26:19
  35:20 38:2
  43:5
**assert** 17:23
  30:3 40:2
**asserted** 18:20
  29:8 35:13
**asserting** 17:1
**asserts** 40:3
**asset** 14:10
  15:6 16:19,21
  17:3 18:10,11
  21:13,15 23:7
  23:22 28:3
  29:19
**assets** 7:21
  14:5 17:9 26:2
  26:3
**assist** 44:12
**associated** 13:4
  20:5 21:25
**assumed** 13:19
  29:16
**assuming**
  27:21
**atlanta** 1:3,9
  2:9,14,19
**attempt** 11:14
**attempting**
  10:11,24
**attested** 12:4
**attorney** 25:4
**austin** 47:19,19
**automatic** 3:4
  3:9,12 5:6,9,11

6:20,25 7:2
10:18,19,20
11:4,19 12:18
14:19,23 22:19
22:21,25 23:4
24:24 31:18,23
**aware**  8:1,10
20:17 33:7

**b**

**back**  7:22 8:11
8:19 9:10
11:16 14:12
15:8,11 16:7
17:12,23 19:17
19:18 21:10
22:4,6,9,12,13
26:2,4,20 27:7
27:17 28:23,24
29:2,6 30:15
34:4,6,13
35:15 36:2
38:22 39:20
**bankruptcy**
1:1,16 3:19
5:14 7:5,19
9:12,17 11:3,8
11:23 12:12
13:6,20 14:1
14:10,14 15:7
15:23 17:13,15
18:4,6,21 19:6
20:25 21:1,3
21:17 22:24
23:14,23 25:23
25:25 27:6
28:10,12,13,18
29:5,22,23

32:1,18,24
33:1,2,7,8
35:21 36:1
37:5,7,19
39:11 40:2,6
40:22 42:6
43:8
**bargar**  2:16
6:8,8 7:12 8:14
8:21 17:4,12
19:21 25:19
45:18,19
**barger**  8:13
16:2,25 25:14
32:20
**based**  14:20
33:18 34:22
39:20
**basis**  11:21,24
42:18
**behalf**  5:21 6:1
6:9 10:3 15:23
17:2 42:20
**believe**  8:7
19:7 20:18
46:2 47:12
**belong**  10:4
**bench**  6:12
**best**  17:7 43:10
**binding**  44:1
**body**  23:9
**breach**  3:9
5:10 6:25
**bring**  10:14
12:7 15:12
**brought**  15:10

**business**  8:5
17:6
**button**  7:14

**c**

**c**  5:1 17:13
49:1,1
**calendar**  5:4
25:2,3 34:20
34:21 45:24
46:1 47:25
**calendars**  25:7
**call**  5:4
**called**  7:24
**cancelled**
32:16 34:24
48:1
**capacity**  12:8
**carry**  31:3
**case**  5:5 6:18
6:19 7:20,20
8:12,17 9:17
11:3,8 13:6
14:10,13 15:24
16:21 17:20
18:2 19:16
21:11 22:13
23:6,10,23,25
24:2,3 26:1,2
27:6 30:2 31:5
33:7,8 34:9,11
34:15 35:14,17
36:24 37:6,7,7
37:11,12,14
39:12 40:22
41:2,10,18
43:23 44:13
45:9,15 46:2

47:8 48:11
**caselaw**  24:10
**cases**  17:8
**cause**  17:8
**causes**  17:6
**certain**  18:21
21:18 43:4,4
**certainly**  11:12
42:9
**certified**  49:3
**chapter**  6:9
7:11 8:3,8 9:15
9:21,22 10:8
10:15 11:16
12:13 15:20,22
15:25 16:10,11
19:9,14 20:13
21:8 22:1 23:1
23:25,25 25:22
26:13,15 27:10
30:2 32:20,21
34:9 35:9
**characterized**
31:6
**chosen**  10:15
**cifelli**  2:12
**claim**  9:25 10:4
10:4,5,6,8,10
21:4,6 29:20
29:22 30:19
38:15 39:19
40:2,3
**claimant**  12:10
**claiming**  18:2
**claims**  7:18 8:2
8:10,23 9:3,8
9:10,17,19,23

10:1,13,14,15
10:23,25 11:3
11:13,15,21,23
12:4,8 13:4
15:11,12,21
16:1,5,6,8,18
16:19 17:5
18:6,10,25
19:13 20:5,23
20:25 21:14
27:9 28:23
29:18 31:7,22
31:25 32:1
35:12,14
**clairmont** 2:18
**clarifications**
43:22
**clarify** 12:14
43:25 47:21
**clear** 12:4 17:5
22:5 35:1,2
37:24 38:9
39:14,22 40:5
40:9,14,16
44:4 45:5,24
46:1,12
**clearly** 38:14
**clerk** 5:2,3,18
5:22,24 6:4,6
6:11,18 25:21
41:6 46:6,17
47:11
**clerk's** 25:10
25:25 40:24
48:8
**clicking** 7:14

**client** 41:15,20
41:22 42:11,15
42:16,20,21,21
43:23
**close** 26:1 46:1
48:10
**closed** 8:12,18
11:4 13:8 17:9
17:20 19:16
22:14 24:3
34:12,15 37:6
37:11,12,14
40:22 41:10
44:14 45:15
**closing** 7:20
14:10,13 21:11
25:23 26:2
35:14,17 39:11
44:25 45:1,9
48:6,7
**closure** 17:9
**code** 17:13
22:24 32:18
33:1,2
**collect** 10:24
11:2 14:25
**come** 29:20
30:19 36:22
**comes** 30:13
**commenced**
11:6
**comment**
12:11,25
**comments**
36:14 43:22
44:9,22

**common** 42:6
**communicati...**
41:19
**communicati...**
42:21
**company** 12:5
13:21
**compel** 46:19
**complete** 25:18
**complicated**
29:11
**comply** 43:9
**concerned**
21:14
**concluded**
10:20 48:14
**conduct** 33:6
**conducted**
8:16
**confinement**
28:9
**confirm** 21:12
47:21
**conflict** 33:5
**confuse** 28:7
**confused** 28:9
39:14
**connection**
7:19 8:24
20:19 33:10
**consequences**
23:21 24:6,10
28:3
**consider** 14:5
**consistent** 16:3
**contact** 41:19
42:14,15

**contention**
12:7
**continue** 16:7
18:14 24:2
**contrary** 44:5
**control** 10:11
11:14
**conversation**
30:24
**conversations**
9:1
**copy** 42:17
43:4
**copying** 41:21
41:22
**corporations**
44:15
**correct** 16:24
17:1 20:11
23:3,18 27:1
36:10 46:4,25
47:22,23
**correctly** 12:5
**counsel** 3:8 5:9
6:3,24 9:15,22
16:2 32:8,17
32:21,22,23
33:10,15,16,22
33:23 35:9
41:25 42:4,7
46:20 47:20
**counsels** 33:11
**country** 1:20
49:21
**couple** 18:18
**court** 1:1 3:13
5:12 6:3,15,17

| | | | |
|---|---|---|---|
| 7:3,7,9,13,15 | 37:23 38:3,8 | 31:20 | **decision** 18:23 |
| 8:20,22 9:24 | 38:10,17,20 | **date** 30:8 34:14 | 19:5,6,8 26:10 |
| 10:17 11:25 | 39:2,7,10,17 | 37:25 38:1 | 26:13 |
| 12:9,11,18,22 | 39:23,23 40:1 | 40:21 44:24 | **decisions** 33:18 |
| 13:1,6,9,13 | 40:4,9,10,13 | 49:25 | 36:12 44:22 |
| 14:6,8 15:17 | 40:15,18,21 | **day** 30:11 | **deemed** 18:21 |
| 16:3,8,13,14 | 41:2,7,12,17 | **days** 48:9 | **default** 25:9,11 |
| 16:14,15,23,25 | 41:21 42:1,2,5 | **deal** 37:15 | **definitely** |
| 17:11,14,18,22 | 42:6,9,23 43:1 | **dealing** 11:1,2 | 23:17 |
| 18:8,8,12,14 | 43:8,12,16,18 | **deals** 23:10 | **delta** 2:5 3:4 |
| 18:18,21,23 | 44:7,9,12,20 | **dealt** 45:4 | 3:19 5:7,13,21 |
| 19:5,6,7,19,23 | 44:23 45:5,6 | **debt** 14:16 | 6:21 7:4 10:7 |
| 19:25,25 20:1 | 45:17,20,23 | 15:1 | 10:12 11:19,21 |
| 20:3,8,10,12 | 46:3,7,13,18 | **debtor** 1:8 2:2 | 12:4,16 15:4 |
| 20:17 21:16,19 | 46:24 47:1,1,4 | 5:16 7:22 8:11 | 15:21 18:25 |
| 21:23 22:10,17 | 47:9,12,15,18 | 8:19 10:13 | 19:13 20:18 |
| 22:21,23 23:4 | 47:23 48:3,6,8 | 11:16 12:4,7 | 24:19 31:15 |
| 23:9,13,16,19 | 48:13,13 | 12:10,13 17:12 | 32:17,24 33:11 |
| 23:20,24 24:6 | **court's** 33:18 | 29:24 35:13,15 | 33:23 35:13 |
| 24:11,15,16,18 | 44:3,17,22 | 36:20,22 41:15 | 36:17 37:18 |
| 24:21,24 25:6 | 45:2 47:14 | 44:4 | 41:25 42:4 |
| 25:21,24,25 | **courtesy** 42:11 | **debtor's** 3:12 | 43:6 |
| 26:7,9,12,12 | 43:2,9 | 5:5,8,11,12 | **delta's** 12:6 |
| 26:24 27:3,5,9 | **courtroom** 5:3 | 6:19,23 7:1,3,8 | 32:22 33:15 |
| 27:13,15,17,24 | 6:2,15 43:19 | 7:18 10:12,17 | **denied** 4:4 |
| 28:2,2,10,13 | **craig** 3:4 5:7 | 11:18,21 12:15 | 11:23 12:1,19 |
| 29:1,3,5,10,17 | 6:21 11:19 | 12:17 20:23,24 | 31:16,18 32:4 |
| 29:22,23 30:1 | 12:16 24:19 | 31:17 32:5 | 33:21,23,24 |
| 30:10,13,16,21 | 25:10,11 31:16 | 33:20,22,23 | 45:3 |
| 30:24 31:14,18 | 32:24 | 44:12 47:24 | **denying** 34:19 |
| 32:3,15 33:7,9 | **crewlive** 18:2 | **december** 18:9 | 34:21 35:16 |
| 33:11,13 34:5 | **cross** 31:2 | 20:2 30:10 | 47:24 |
| 34:15,18,18,20 | | 49:25 | **deputy** 5:3 |
| 35:4,6,8,21,22 | **d** | **decide** 15:21 | **describing** |
| 36:3,6,11,14 | | 24:12 40:4 | 14:9 |
| 36:17,22,23,25 | **d** 2:5,11 3:1 4:1 | **decided** 9:21 | **determination** |
| 37:3,5,10,19 | 5:1 6:2,2,4,4 | 11:17 | 12:9 16:5 21:4 |
| | **damages** 3:7 | | |
| | 5:8 6:23 24:22 | | |

21:5,9 28:17
28:20 29:6,14
31:11 33:13
38:6 40:5 44:1
44:7,18 45:4,6
**determinations**
39:24
**determine**
22:11 33:9
38:2,11 44:23
**determined**
17:6 24:1
**difference**
35:21
**different** 13:12
18:18 20:6
27:12 31:4,22
35:23
**digging** 38:24
**directly** 41:20
43:6
**disagree** 37:1
**disbanded**
13:21
**discharge** 9:7
10:10,21,22,25
10:25 11:9,10
14:17,20 15:2
22:19,24 23:2
23:13 27:1
38:22 48:5
**discharged**
10:24 15:14
28:22 41:2,4
**discharging**
25:22

**disclose** 9:16
23:22 27:19
28:3 38:18,21
**disclosed** 7:19
7:25 8:23 9:9
14:9,10 19:12
22:15 24:7,9
27:5,7,17,21
30:1 38:11
39:3 45:7
**disputes** 37:17
**disqualificati...**
25:5
**disqualify** 3:18
5:13 7:4 24:25
25:12 32:5,8
32:16 33:21,23
**distribution**
16:4 17:7
19:16 22:2
25:15 35:11
**district** 1:2
**division** 1:3
**docket** 1:6 6:21
7:1,3,5 12:17
16:4 18:22
24:18,21,23,25
25:8,8,8,10,11
25:12 31:14,17
31:20 32:3,6
44:14 46:8,17
46:18,24 47:4
47:8
**document** 3:15
3:21
**drive** 2:13

**due** 43:24
**duty** 3:9 5:10
6:25

**e**

**e** 3:1 4:1 5:1,1
49:1
**effect** 23:10
40:1 43:23
44:18
**effective** 45:9
**effectively** 8:11
45:1
**efforts** 46:14
**either** 7:17
8:24 11:15
19:17 24:7,9
**electronic** 1:24
**ellis** 2:11,12
5:25,25 6:5
12:20 25:12
43:12,14,16,17
43:18,19,20,20
44:11,21 45:16
47:20
**email** 3:16,22
43:4
**emailing** 41:15
**endeavor**
40:23
**enforce** 3:12
5:11 7:2 12:18
24:23 31:17
**enjoin** 3:13
5:12 7:2 11:25
12:18 16:14
24:24 31:18

**enter** 17:18
24:16 25:13,20
25:21,25 32:11
34:11,19,21
41:7 47:23
**entered** 3:16
3:22 11:10
20:20 25:15,17
34:23 37:14
40:23
**entire** 15:13
**entry** 25:10
47:4
**especially**
29:12
**essentially**
10:3
**estate** 8:3 9:12
9:20 10:3,5,8
10:12,13 11:13
11:15,23 12:12
14:14 15:24
16:9,12 17:2
17:15 18:4,6
18:10,15,22,24
19:1,3,18,19
20:6,25 21:1,3
21:6,8 22:3
25:23 26:22
28:12,13,18
29:5,15 30:15
31:6,9 32:1,21
32:24 36:1
37:20 40:2,6
44:2,8 45:2
**etcetera** 9:13
15:22 19:1,13

ex  3:12 5:11
  7:1 12:17
  31:17
exact  44:24
except  8:18
  21:8
excuse  9:9
exempt  21:13
  21:18,21
exempted
  21:20,24
exemption
  22:2,3
exercise  11:14
exist  28:17,18
existence  7:18
exists  21:5
  24:11
expect  24:13
expedite  48:4
expenses  36:18
explain  40:11
explained
  10:19 31:17,19
extent  10:3,6
  11:12 17:2
  21:6,7 36:20
  41:17 43:7
  45:13

**f**

f  2:21 49:1
fact  39:20
facts  33:19
factual  44:21
failing  28:3
failure  23:22

fair  20:12
  38:13 43:11
far  44:1
february  1:10
  46:5
fee  37:7
fiduciary  3:9
  5:10 6:25
figure  9:18
  34:8
file  17:7 21:17
  29:20 36:21,23
  37:6,8,10,13
  40:25 41:1
  43:7
filed  3:5,10,13
  3:20 7:10 8:17
  9:5,6 13:20
  16:4 19:12,15
  35:10 37:12
  44:13
filing  3:15,22
filings  33:19
  41:18
final  25:16
  40:8 41:9
  45:22 48:10
finally  32:4
financial  44:13
find  7:24 14:18
  25:2 38:23
  39:2 46:9
firm  2:12 6:1
  43:6,21 46:1
  46:19
first  13:2,3,10
  43:22 44:13,25

flow  23:22
focus  32:17
folks  34:23
following  10:9
  21:16
follows  31:22
foregoing  49:3
forgive  16:18
  35:19
form  14:23
  15:5
former  3:8 5:8
  6:24
forrest  2:13
forth  33:4
  34:22
forward  9:11
  36:20
found  13:24
free  9:24 27:22
  39:21 40:5
friday  16:4
fully  7:21
  14:11 24:1
funds  13:18
further  33:4
  34:24 41:12
  43:7 45:18

**g**

g  5:1 6:2,4
ga  1:9 2:9,14
geer  2:17
general  3:15
  3:21
georgia  1:2
  2:19 33:5

getting  36:3
give  23:16 30:6
  36:10 47:9
given  33:14
giving  31:2
go  29:21 32:6
  34:20 36:5
  37:13 42:21
going  7:10 8:2
  15:19 16:9
  21:10 22:13
  24:3 26:9 28:8
  28:13 30:22
  32:11,11,12,15
  33:8 34:4,7,11
  34:19,20 36:8
  36:11,20,21
  40:22 41:17
  47:23
good  5:2,20,25
  6:8,17 7:7 41:5
  43:14
governs  32:18
grant  47:1
granting  20:10
great  22:6
greg  2:16 6:9
  8:16 32:21
  34:8
gregory  2:11
  5:25 43:20
guess  15:5 23:8
  37:14

**h**

h  2:6 35:13
hand  22:5,7
  38:4,5

**happen**  25:20
**happened**
  39:12 44:7
**happens**  19:8
  42:2
**harm**  16:20
**hays**  2:16 6:9
  8:16 15:25
  16:4 17:1
  25:15 32:21
  33:2 34:9
**heard**  9:22
  18:18 33:15,16
  44:6 45:21
**hearing**  1:15
  32:9,10,13
  34:24 47:22,25
**hearing's**
  32:15
**held**  8:16
**hire**  33:3
**hm**  20:3 21:19
  21:23 22:17
  26:24 30:23
**hold**  6:12,14
  37:5 42:5,5
**honor**  7:13
  8:14,15 12:20
  12:24 25:19
  26:19 33:25
  36:16 39:13
  42:19 43:11,14
  45:16,19 47:13
  47:17,19 48:2
**honorable**  1:15
**hours**  38:23

**house**  29:20,22
  30:3,4,5,7,8
  41:23
**housekeeping**
  41:14 46:14
**hundred**  9:18
**hyde**  49:3,8
**hypothetical**
  31:4

### i

**idea**  26:7
**impact**  9:12
**improper**  3:13
  5:12 7:2 12:18
**improperly**
  10:11 11:14
**include**  14:4
  38:14 39:8
**includes**  35:8
**incorporated**
  5:7,14 6:21 7:5
**incurred**  36:17
**indicated**  13:4
**indicating**
  28:10
**indiscernible**
  8:18,21 34:24
  37:4 41:4,6
  44:6 45:3 46:6
**individual**  12:8
  45:13
**individually**
  45:10
**information**
  22:11 34:8
  38:10

**infringed**  10:7
**infringing**
  10:12
**initially**  44:25
**injunction**
  10:22 11:1,11
  14:17,20 15:2
**instances**  7:16
**intangible**
  13:22
**intellectual**
  13:25 14:2
  21:24
**interest**  11:23
  13:19,22 17:1
  17:16,23 19:19
  21:2,5,7 26:14
  26:16,17 27:22
  28:14,15,16,16
  28:18,19 29:3
  29:7 30:3,7,8
  31:6,7,8,9 32:1
  33:5 34:10,12
  35:2,12 37:20
  38:2 40:6
  44:14 45:2,8
  45:10,11,14
**interests**  8:5
  20:24 35:15
**intervened**
  10:2
**involve**  25:7
**ip**  10:7,12
**issue**  13:14
  45:5,7
**issued**  18:9
  38:22

**issues**  9:24
  22:24 23:13
  33:13,15,17
  44:6,17
**issuing**  18:8

### j

**j**  2:16
**january**  39:3,6
**je**  47:17 48:2
**jermain**  47:19
**jlc**  3:22
**judge**  1:16 5:3
  5:4 6:12,16
  20:14,18,18,19
  23:14
**judgment**  17:6
  25:9
**judicata**  23:20
**jurisdiction**
  33:9 37:21

### k

**kamal**  41:22
**keeps**  41:15
  47:8
**kind**  39:14
**king**  2:7 3:18
  5:13 7:4 24:25
  32:5 33:21,22
**klein**  2:17
**klt**  3:14
**knew**  18:1
**know**  8:2,5,6,8
  8:9,9,15 9:1,13
  9:14,15,15
  11:7 18:21
  20:17 22:3,10

24:7,10 31:4,5
31:24,24 34:5
34:7,8 35:10
37:13,14,17,21
38:4,6,10
40:24 41:15
42:13,20 43:1
43:2 44:17
45:12,12 46:11

**l**

**lake** 2:13
**lamberth** 2:12
**lang** 8:7,10 9:1
  44:16
**law** 2:12 6:1
  23:6,10 31:3
  33:19 43:6,21
  46:1,19
**lawsuit** 13:3,5
  13:10
**lawyer** 23:17
**lawyers** 29:11
**leave** 36:22
**leaves** 8:23
**ledanski** 49:3,8
**left** 24:2
**legal** 23:16
  29:11 31:3
  36:6,7,8,10
  40:13 44:18
  49:20
**leitman** 2:17
**light** 8:13
**limitations**
  35:24
**line** 4:3 16:2
  31:2

**lines** 2:5 3:4,19
  5:7,14,21 6:21
  7:5
**list** 13:25 15:15
**listed** 13:15,15
  25:6 39:15,21
  44:15
**listings** 44:19
  44:21
**litigate** 9:24
  18:14 27:22
**litigated** 11:24
**litigating** 8:3
**litigation** 8:1,6
  8:9 9:2,5 10:2
  11:6,25 13:4
  14:12 15:19
  19:2,4 23:20
  27:10 33:8,11
**llc** 2:12,17
**llp** 2:7
**location** 7:24
**long** 14:15
  29:12
**look** 15:20 47:9
**looked** 19:10
**looking** 14:24
**lot** 37:17

**m**

**m** 1:15 6:16
**made** 12:11
  18:23 19:8
  21:9 29:18
**mahon** 5:3
  47:4,10
**make** 6:7,13
  12:3,24 18:17

19:5,6 23:20
26:9,12 27:24
27:25 28:19,23
31:1,10 33:13
33:17 34:1
35:6,15 36:11
36:16 39:19,23
40:9,10 44:4
47:4,21
**makes** 29:22
**making** 12:9
  28:17 29:13
  38:6 46:20,22
**matter** 8:17
  41:14 43:8
**matters** 17:8
  25:21
**mean** 7:22 8:23
  10:16 11:7,12
  14:18,22 15:17
  18:19 20:6,13
  21:3 23:14
  24:8 25:15,16
  27:24 29:10
  30:25 32:6
  36:7 37:3,16
  37:22 38:20,23
  39:22 40:3,22
  42:1,1,13 45:7
**meaning** 16:23
**meeting** 8:16
  39:9
**mention** 27:2
**michael** 2:11
  2:16 6:1
**mike** 3:8 5:9
  6:8,24 24:22

31:21 43:21
**mine** 28:8
**mineola** 1:22
  49:23
**misappropria...**
  15:7
**misconduct**
  3:10 5:10 7:1
**missed** 8:25
**mm** 20:3 21:19
  21:23 22:17
  26:24 30:23
**moment** 24:23
  47:9
**motion** 3:3,7
  3:12,18 5:5,8
  5:11,12 6:19
  6:23 7:2,3
  10:17 11:18
  12:1,15,17,21
  20:10 24:19,21
  24:23,25 25:3
  25:9,12 26:22
  31:15,17,20
  32:5,8 33:22
  33:23 34:2
  37:6 45:25
  46:18,21,22
  47:2,5,6,24
**motions** 4:4
  7:8 10:17
  11:22 14:23
  17:19 19:12
  25:6,14 32:12
  32:16,17 33:4
  33:21 34:11,19
  34:21 35:16

| | | | |
|---|---|---|---|
| 36:19,21,23 45:3 | **notified** 29:19 | 24:20 26:8,11 | **orders** 25:13 |
| **moved** 35:23 | **noting** 47:5 | 27:14 29:9 | 25:20,25 28:6 |
| **multiple** 25:7 | **november** | 30:13 31:13 | 32:12 34:11,19 |
| 35:23 | 10:21 22:25 | 35:7 38:13 | 34:21 37:13 |
| **mute** 6:13 | 23:1 | 39:7,10 41:5 | 40:23 41:8,9 |

**n**

| | | | |
|---|---|---|---|
| **n** 3:1 4:1 5:1 | **number** 6:19 | 42:19 46:7,11 | 48:10 |
| 6:2,2,4,4 49:1 | 6:22 7:1,3,5,16 | 46:18 47:12 | **original** 7:20 |
| **n.w.** 2:13 | 12:17 18:19,20 | **old** 1:20 49:21 | 8:8,24 9:17 |
| **name** 5:2 | 24:18,21 31:14 | **once** 17:8,18 | 12:20 45:9 |
| **nason** 2:12 | 31:20 32:4,6 | 22:24 25:14,20 | **originally** 8:12 |
| **nature** 14:1 | 44:14 46:18,24 | 25:24 27:1,21 | 8:19 13:7 |
| **ndr** 8:17 | **ny** 1:22 49:23 | 28:22 34:10 | **owed** 14:16 |
| **ne** 2:8 | | 37:5 41:9 | **own** 26:6,15 |

**o**

| | | | |
|---|---|---|---|
| **necessarily** | **o** 5:1 6:2,4 49:1 | **ongoing** 11:25 | 29:14 30:18 |
| 11:9 | **object** 37:2 | **open** 47:8 | 33:18 40:5,19 |
| **need** 25:1 | **objected** 30:11 | **opened** 13:7 | **owned** 18:2 |
| 33:17 37:6 | 30:12 | 30:15 | **ownership** |
| 48:1 | **objection** | **operation** | 14:3 28:11 |
| **needed** 13:25 | 30:14 | 13:16 22:23 | 30:19 |
| **needs** 25:18 | **observance** 6:9 | 26:1 | **owns** 12:6 |
| 28:11 | **obviously** | **opportunity** | 30:12 31:11 |
| **neither** 32:22 | 13:20 18:1 | 15:20 30:17,18 | 40:4 |
| **never** 22:15 | 27:23 36:17 | 39:19 | |
| 29:20 43:24 | 39:9 | **opposed** 18:16 | **p** |
| 44:5 | **occasions** | 21:13 | |
| **nicholas** 5:3 | 35:23 | **oral** 46:21,22 | **p** 5:1 |
| **nicole** 1:6 2:2 | **occur** 19:2 | **order** 3:15,21 | **p.m.** 5:4 |
| 3:5,10,14,20 | **office** 26:1 | 17:18 18:8,9 | **page** 4:3 |
| 5:5 6:18 | 40:24 48:8 | 18:13,17 20:2 | **part** 8:6 13:23 |
| **northern** 1:2 | **officially** 18:5 | 20:8,20 22:8 | 16:17 18:4,15 |
| **noted** 30:10 | **oh** 12:22 41:7 | 24:14,16 25:22 | 26:22,22 28:9 |
| 44:9 | 41:24 46:7 | 26:3 27:22 | 36:1 41:15 |
| **nother** 23:9 | **okay** 5:24 6:6 | 30:10,13 31:5 | **parte** 3:12 5:11 |
| **notices** 39:15 | 8:20 13:9,13 | 35:2,4,8,16,17 | 7:2 12:17 |
| | 17:21,25 20:12 | 36:23 37:8 | 31:17 |
| | 20:23 21:12 | 43:23,25 47:24 | **participation** |
| | 23:6 24:13,17 | | 33:12 |
| | | | **particular** 34:2 |

right header

**parties** 5:15 6:13 7:10 11:24 25:7 42:6
**party** 10:24 11:13 42:6 43:24
**party's** 42:7
**patel** 41:23
**path** 36:7
**pay** 37:7
**peachtree** 2:8
**pending** 46:12
**people** 11:2
**percent** 9:18
**period** 48:9
**permission** 42:16
**person** 43:4
**personal** 14:3
**petition** 9:5,7 9:11 11:3 14:16 15:1
**phone** 6:14
**piggyback** 26:20
**place** 10:9,22 14:21
**placed** 18:16
**places** 18:20
**plaintiff's** 3:7
**pleadings** 7:10 7:17 18:20 41:16
**please** 6:11,13 6:14,17 16:18 19:22

**pm** 1:11 48:15
**point** 17:22 20:19 26:13 27:1 30:6,18
**portion** 30:24
**position** 9:16 16:12 36:9
**possible** 30:20
**post** 9:4,7,7,11
**potentially** 23:22
**pre** 11:3 14:16 14:25
**prescribed** 33:5
**present** 42:15
**preside** 23:23 23:24 28:4 42:3
**presiding** 6:16
**pretty** 36:18 42:5
**previously** 13:8
**prior** 7:20 14:9 39:8 44:5
**pro** 2:3
**probably** 13:22 30:3 32:11
**problem** 35:25 37:9
**procedural** 30:25
**procedure** 24:15

**proceeding** 8:24
**proceedings** 1:24 3:19 5:14 7:5 33:12 45:21 48:14 49:4
**proceeds** 27:11
**process** 15:16 15:24 16:1 29:21 43:25
**produced** 1:25
**professional** 3:10 5:10 7:1 32:22 33:6 42:11 43:2,9
**professionali...** 42:9
**professionals** 32:19,19,23
**prohibit** 42:18
**prompt** 15:22
**pronounce** 12:5
**proper** 24:24
**properly** 27:20
**property** 9:20 10:11,13 11:13 11:14 13:25 14:2,14 15:7 16:9,12 18:22 18:24 19:1,3 19:17,19 20:5 20:24 21:1,2,6 21:8,18,25 23:10 30:14 31:6,9 44:2,8

45:1,1
**provided** 13:18 13:22 27:1
**providing** 40:13
**provision** 42:14
**published** 30:19
**purposes** 13:18
**pursuant** 3:14 3:20
**pursue** 10:15 15:23 18:6 21:9,14
**pursuing** 16:10 16:11 17:15 19:15 26:14 34:10 35:12 40:6
**put** 20:2 22:8 26:21 27:22 39:15

**q**

**qrewlife** 24:14
**qrewlive** 7:18 7:19,24 8:6,10 8:23 9:3,6,7,17 9:19 10:1 12:6 12:8 13:11,19 15:6,15 16:23 17:2,16,22,23 18:9,24 20:4,5 21:20 22:6,12 24:7 26:6,14 26:21,22 27:4 27:20 28:3,10

28:14,15,16
30:14 34:3,5
34:10,12 35:12
36:1 38:15,15
38:16,18,21
39:8,15 40:6
45:7,11,14
**question** 9:14
19:22,25 20:22
26:19 40:8
**questions** 7:11
26:20 31:1
34:25 36:14
**quick** 36:17
**quickly** 12:2
20:21

**r**

**r** 5:1 49:1
**rafi** 2:11,12 3:8
5:9 6:1,1,3,24
10:11 11:22
15:21 18:25
19:13 24:22
31:21,25 35:13
37:18 43:21,21
**raising** 13:18
**ranned** 35:25
**read** 14:18,24
18:19 20:20,21
20:21
**ready** 8:17
**really** 12:12
16:12 20:20
29:12 31:22
32:6 33:12
36:3 40:20
43:22

**reason** 16:13
28:19 35:20
**reasons** 10:16
31:16,19 32:3
33:20
**receive** 42:24
**received** 3:15
3:21 10:21
23:1
**recited** 25:21
**record** 5:16
9:22 28:6 34:1
35:11 43:20
44:10 46:9
49:4
**recorded** 1:24
**recording** 1:24
**recused** 20:15
**referenced**
13:3
**regarding** 12:9
23:20
**regardless**
39:22
**registered**
13:16
**reimposed**
11:9
**related** 8:4 9:2
**relates** 18:7,7
**relative** 7:18
9:6 10:1 11:5
12:8,11 16:20
33:7 34:2 45:7
**relevance**
44:24

**relief** 37:22
**remain** 16:9
**remained** 9:20
14:11
**reopen** 20:10
37:6,7 43:23
**reopened** 11:8
15:24 30:2
34:10
**reopening** 31:5
**report** 16:3
17:7 19:15
25:15,16,17
35:10
**represented**
16:2 35:10,11
**representing**
3:19 5:13 7:4
43:21
**represents**
7:17
**request** 25:10
36:17 43:9
**requesting**
42:10
**requests** 47:24
**require** 41:17
**res** 23:20
**resolve** 32:12
**resolved** 17:8
**resolves** 12:15
**respect** 9:25
11:7,17 12:12
32:16 45:21
**respond** 37:11
**respondents**
7:9 33:20

**responding**
36:18
**responsibiliti...**
25:23
**restated** 3:14
3:21
**result** 19:20
32:11,25
**results** 9:3
**resuscitation**
35:9
**retained** 32:19
32:20,22,23
**retired** 20:18
**revert** 18:16
**reviewed** 7:9
17:5,5 19:14
**reviewing** 16:1
**richard** 2:21
6:2 46:19
**right** 5:2,18,24
6:6,11 7:7,15
8:22,22 15:9
16:19 17:4,11
17:14 18:13
19:21 20:8
23:12,15 25:6
25:24 26:5,18
27:13,16 30:21
32:10 34:18
36:5,12,14
38:1,4 41:7,12
42:1 43:12
44:9,10,20
45:17,18,20
46:8,13,14,20
47:1,15 48:3,3

48:13

**rise**  6:15

**road**  1:20 2:18
49:21

**robbins**  46:19
46:19

**robins**  45:25

**rodeo**  42:2

**ross**  5:17

**rountree**  2:17

**rule**  41:19 45:2

**rules**  33:5

**ruling**  12:3
31:2 33:14
44:3,18

**rulings**  4:2
33:17

**run**  48:9

**s**

**s**  5:1,22

**sage**  1:15 6:16

**sanctions**  3:3,7
5:6,8 6:20,23
10:18 11:18
12:15 24:19,22
31:15,21

**saying**  14:6,8
19:3,4 22:5,7
22:10 23:8
27:15 30:4
36:9 38:5,25
38:25 39:5,6

**says**  9:8,9
20:23 23:7
24:10 26:3,15
30:13 35:16,18
44:15

**scenarios**  19:2

**schedule**  8:25

**scheduled**  19:9
19:10

**schedules**  7:23
7:23 14:3
15:15 19:11
38:14,18,21
39:15,21

**scheduling**
8:25

**scope**  12:3

**se**  2:3

**seated**  6:17

**second**  20:13
44:11 45:1

**secretary**
13:16

**secrets**  14:2
21:25

**section**  14:24
17:13 32:18,25
33:2

**see**  15:2 18:22
24:8 37:16
41:8 47:10

**seek**  36:21,22

**seeking**  37:23

**seen**  14:17

**sending**  41:16

**sense**  18:17

**serve**  42:6,10
42:11,12,12
43:3,6,6

**served**  43:24
44:5

**service**  1:25

**services**  1:19

**serving**  41:16
41:19 42:16,17

**session**  6:16

**set**  33:4 34:22

**settled**  8:4 9:2
27:10

**settlement**
27:11

**shed**  8:12

**shortly**  6:12

**sigler**  1:15 6:12
6:16

**sigler's**  5:3,4

**signature**  49:6

**significant**
36:18

**similarly**  10:6
43:5

**simple**  29:25

**simply**  11:20
29:24 34:3
37:16 40:2,5
44:6

**sir**  6:5

**situations**  31:4

**skyveer**  12:6
12:10 13:15,15
13:18 26:23
27:8 44:15
45:7,8

**skyverge**  44:16

**sms**  1:6

**software**  13:21
20:24 21:2,7
28:22 31:7,8,8

31:9,11 44:2

**solutions**  49:20

**somebody**  19:4

**somebody's**
19:3

**sonja**  1:6 2:2
3:5,10,13,20
5:5,17 6:18

**sonya**  49:3,8

**soon**  30:25

**sorry**  7:13 20:1
38:17

**sort**  24:4 29:13
31:2,23

**sorts**  39:23

**sound**  1:24

**spalding**  3:18
5:13 7:4 24:25
32:5 33:21,22

**spaulding**  2:7

**speaking**  29:13

**spend**  38:23

**standard**  33:6

**standing**  10:14
12:7,11 15:8
15:11,12,13
18:3,15,16
35:24

**standpoint**
42:10 43:3

**start**  7:10

**starting**  5:16

**state**  3:13 5:12
6:3 7:3 9:24
11:25 12:10,18
13:17 16:8,14
16:15 18:2,7,8

23:20 24:24
28:2 31:18
32:18,23 33:10
35:21 40:10
42:2 44:23
**statement**
26:21 35:25
37:1 44:12
**states** 1:1,16
15:18
**statute** 21:21
35:24
**stay** 3:4,9,12
5:6,10,11 6:20
6:25 7:2 9:13
10:9,18,19,20
11:4,8,11,19
11:21 12:16,18
14:15,19,21,23
22:19,23,25
23:4 24:24
31:18,23
**stems** 34:3
**street** 2:8
**subject** 10:25
14:15,16 32:25
33:1
**suite** 1:21 2:18
49:22
**summary**
17:14
**supposed**
27:20
**sure** 6:13 9:18
11:7 12:3
17:25 21:16
31:1 34:1 35:6

35:16 42:8,17
47:21

### t

**t** 5:22,22 6:2,4
49:1,1
**take** 5:15 6:12
30:4
**talk** 17:19
24:22 25:1
**talking** 18:10
18:11 20:7
34:2
**tech** 44:15,16
**technically**
32:10
**tell** 7:22 8:15
**terminating**
47:6
**terms** 41:19
**territory** 36:4
**thad** 5:20
**thaddeus** 2:5
**thank** 6:14
7:15 12:23
25:24 26:19
31:13 34:17
36:13 39:13
41:5,11 43:18
45:16,17,19
47:3,13,15,16
48:2,3,12
**thing** 13:2
15:13 16:20,21
29:4,25 33:25
35:5 42:17
45:22

**things** 11:5
14:4 18:19,21
21:10,22 23:21
31:4 35:18,23
43:8
**think** 12:20
16:17 17:14
22:25 31:12
36:19,21 42:19
43:1,9,11 45:5
**third** 20:14
**thought** 22:16
**threw** 18:1
**time** 8:11
10:20,22 11:6
13:10,15,17,19
15:11 19:5
22:8 29:9,12
34:15,23 35:17
38:12 47:14,14
**timing** 14:20
**titus** 2:6 5:21
5:22,23
**today** 7:8
12:12 16:3
20:9 22:4 26:5
34:20,22 36:2
37:13 38:1
45:4
**today's** 38:1
**tomorrow** 32:9
34:22,24 41:3
46:3 47:22,25
**tomorrow's**
25:2,3,3 32:13
47:25

**topics** 29:11
**totally** 13:11
27:12 28:21
**trade** 14:2
21:25
**transcript** 1:14
1:25 49:4
**transcription**
1:19,25
**traveling** 11:10
**true** 20:25 49:4
**trustee** 6:9
7:11 8:3,8 9:15
9:21,23 10:8
10:15 11:17
12:13 15:18,20
15:23,25 16:10
16:11 17:5
19:9,14 20:13
21:9 22:1 24:1
25:22 26:13,15
27:7,10 30:2,4
32:20,21 34:9
35:9
**trustee's** 10:5
**try** 20:22 30:3
**trying** 11:2
14:25 28:22
29:24 30:9,9
33:2 40:11,16
**two** 13:17,20
**types** 31:22
36:12

### u

**u** 5:22
**ultimately** 8:4
27:9 29:21

35:22 36:11
**unadminister...**
14:5
**uncertainties**
29:13
**under** 11:10
14:24 17:13
21:20
**undergone**
16:1
**underlying** 8:6
8:9
**understand**
18:12 28:5,21
29:10 30:9
31:1 35:21
42:23 44:3
**understanding**
13:14 15:4,6,9
15:14 16:25
22:1 42:14
**understood**
32:2,14 38:3
**undertook**
18:23
**undisclosed**
9:20 23:10
**united** 1:1,16
15:18
**unnecessary**
33:12

**v**

**valid** 11:20
21:4
**value** 15:22
16:6

**various** 19:13
21:21 35:23
36:18
**veritext** 1:19
49:20
**violated** 9:13
31:24
**violation** 3:3,8
5:6,9 6:20,24
11:18,21 12:16
14:19 15:2
**violations**
10:18 14:23

**w**

**w** 6:2,4 43:14
**waddington**
2:21 6:2
**wait** 41:8 48:9
**walk** 32:7
**walked** 11:20
**want** 12:2,3,13
15:23 16:8
23:7 26:15
27:25 30:5,25
31:1 34:1 35:1
37:24 39:22
40:10 42:23
43:25 44:3
47:21
**wanted** 13:2
15:19 22:3
35:20
**wanting** 21:14
**wants** 24:2
42:21
**way** 9:18 15:18
16:16 27:20

30:20
**we've** 9:21
42:20
**went** 7:22
10:22 15:16
**whatsoever**
15:12 38:16
39:19
**willful** 3:3,8
5:9 6:24
**williams** 1:6
2:2 3:5,10,14
3:20 5:5,16,17
5:17,19 6:19
7:17 8:4 9:4,8
9:9,11,16,23
10:2,4,7,10,20
10:23 11:3,5
12:24 13:1,2,8
13:10,14 14:7
15:1,4 16:17
16:24 17:17,21
17:25 18:13
19:21,24 20:1
20:4,9,11,15
21:12,17,20,24
22:15,18,22
23:3,6,12,15
23:18 24:5,13
24:17,20 25:4
26:5,8,11,18
26:25 27:4,8
27:12,14,16,19
28:1,5,21 29:2
29:4,9,16,18
30:6,17,23
31:13 32:2,8

32:14 33:25
34:14,17 35:1
35:5,7,19 36:5
36:13 37:1,4,9
37:18,24 38:4
38:9,13,19,25
39:5,8,13,18
39:25 40:7,12
40:14,16,19
41:1,4,11,24
42:4 43:11
45:8,10,13,22
45:24 46:4,11
46:16,22,25
47:3,5,7,13
48:4,7,12
**willie** 25:12
**wilson** 2:5 5:20
5:20 36:15,16
39:3 41:13,14
41:22,25 42:8
42:19,25 43:3
**wind** 15:19
**wish** 8:14
46:20
**wishes** 6:7
45:21
**withdraw**
45:25 46:21,23
**withdrawal**
46:19
**withdrawn**
47:5
**word** 33:15,16
**words** 32:19
**work** 32:24
46:14

**[works - zoom]**                                                    Page 16

| | |
|---|---|
| **works** | 31:3 |
| **world** | 30:19 |
| **worth** | 44:12 |
| **wrap** | 30:22,23 |
| **wrong** | 7:14 |

**x**

| | |
|---|---|
| **x** | 3:1 4:1 |

**y**

| | |
|---|---|
| **yeah** | 29:10,16 |
| | 42:19,25 |
| **year** | 39:6 |
| **years** | 13:17,20 |

**z**

| | |
|---|---|
| **zoom** | 6:6,13 |
| | 43:18 |